1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3   CHALUMEAU POWER SYSTEMS    :
    LLC,                       : No. 1:11-cv-01175-RGA
4           Plaintiff,         :
        v.                     :
5                              :
    ALCATEL-LUCENT USA, INC.,  :
6   et al.,                    :
            Defendants.        :
7

8                   Friday, October 4, 2013
                    3:00 p.m.
9
                    Pretrial
10                  Courtroom of Judge Richard G. Andrews

11                  844 King Street
                    Wilmington, Delaware
12

13      BEFORE:    THE HONORABLE Richard G. Andrews,
                   United States District Court Judge
14

15      APPEARANCES:

16                  FARNAN LLP
                    BY:  MICHAEL FARNAN, ESQ.
17
                                -and-
18
                    LEE, JORGENSEN, PYLE & KEWALRAMANI, PC
19                  BY:  MICHAEL LEE, ESQ.

20                  On behalf of Plaintiff

21

22

23

24

```
 1      APPEARANCES CONTINUED:

 2              MORRIS, NICHOLS, ARSHT & TUNNEL LLP
                BY:  JACK BLUMENFELD, ESQ.
 3
                              -and-
 4
                GOODWIN PROCTER LLP
 5              BY:  LANA SHIFERMAN, ESQ.

 6                  On behalf of Defendants

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    THE COURT:  Mr. Farnan, you have

 2        Mr. Lee with you.  Were you at the claim

 3        construction?

 4                    MR. LEE:  I was not.

 5                    THE COURT:  So Mr. Jorgensen was

 6        there.

 7                    MR. LEE:  That's correct.

 8                    THE COURT:  Mr. Blumenfeld, you

 9        have Ms. Shiferman?  Is that the pronounciation?

10                    MS. SHIFERMAN:  Yes, Your Honor.

11                    THE COURT:  And you were at the

12        claim construction I remember.

13                    MS. SHIFERMAN:  I was.

14                    THE COURT:  I got thrown off a bit

15        because of the way this was scheduled, and then

16        there was a certain amount of repetition in the

17        pleadings that were filed but I didn't actually

18        realize that right away so I was busy cursing

19        that there were extra pleadings, but I got over

20        that.

21                    So I have read everything.  There

22        was one thing I was kind of interested in

23        hearing from you all on.  The others seem to be

24        pretty cut and dry.  But on this interrogatory,
```

```
1      whatever it is, the revenue information on these

2      Omni switches in the 7000 and 9000 family,

3      Mr. Lee, you're the one who is requesting the

4      information.  What is your theory as to why you

5      should get the sales information for these Omni

6      switches?

7                    MR. LEE:  That's how they're sold,

8      Your Honor.  They're sold as a family.

9                    THE COURT:  What does that mean?

10     Because I understood from what Alcatel wrote

11     that they're kind of like my family, some in

12     Delaware but some are out of state.  So, yes,

13     we're a family but we don't necessarily travel

14     together.  Or in this particular case, these

15     switches are sold independently of what gives

16     them Power over Ethernet technology.

17                   MR. LEE:  The switches are

18     marketed as either having or not having PoE

19     technology.  So I downloaded this from the

20     website.  It says, with or without Power over

21     Ethernet.  The whole family is offered with or

22     without Power over Ethernet.

23                   THE COURT:  So the impression I

24     got from Alcatel was that you could buy the
```

```
 1        switch with the Power over Ethernet or without

 2        the Power over Ethernet.  It wasn't even like

 3        when you bought it with, it was one integrated

 4        product.  It was something where essentially

 5        there's a card or something, so it's like two

 6        separate products even though there may be that

 7        a fair amount of the time they're used together.

 8                     MR. LEE:  It's our understanding

 9        that when someone buys a switch with the Power

10        over Ethernet functionality, the switch comes

11        with the card in it.  And what we're looking for

12        is the amount of value added to the overall

13        switch by the inclusion of the card versus the

14        exclusion of the card.

15                     THE COURT:  But you can also buy

16        the card independently, right?

17                     MR. LEE:  People can do that, yes.

18                     THE COURT:  Do you know if they do

19        that?

20                     MR. LEE:  We haven't conducted

21        discovery on the sales end of it yet, Your

22        Honor, so I don't know exactly how they purchase

23        it.  The chassis which is what they're called --

24                     THE COURT:  Right, I saw that.  I
```

1        was actually hoping that you bring a picture or

2        somebody bring a picture of these things because

3        I don't have -- is that a decent picture?

4                        MR. LEE:  If you don't mind --

5                        MS. SHIFERMAN:  Yes, that's fine.

6                        MR. LEE:  It's just off the

7        Internet.  That's the chassis.

8                        THE COURT:  So the chassis is like

9        the white thing that looks like --

10                       MS. SHIFERMAN:  It's the box.

11                       THE COURT:  And the Power over

12       Ethernet is one of these things that slides into

13       it?

14                       MR. LEE:  I don't know if it's

15       actually shown there.  It's incorporated into

16       the chassis and sold as a unit.

17                       MS. SHIFERMAN:  If I may respond?

18                       THE COURT:  You may in a minute.

19       Let me just think.  So your argument is

20       essentially that -- and I take it you don't have

21       any information one way or the other how often

22       they're sold as a unit as opposed to how often

23       they're sold separately?

24                       MR. LEE:  We don't have any

1       numbers to --

2                       THE COURT:  Did you have anything

3       that would give me any hint about that topic?

4                       MR. LEE:  Well, we know that they

5       are, in fact, sold that way.  I just don't know

6       what the ratio is of those that are sold with

7       the Power over Ethernet functionality versus

8       those that are sold without the Power over

9       Ethernet functionality.

10                      THE COURT:  Do you have a sense of

11      when something is sold separately how much

12      OmniSwitch 9000E sells for and how much, for

13      lack of a better word, the card sells for?

14                      MR. LEE:  That's one of the things

15      we're looking for in discovery.  I believe that

16      I've seen documents that are essentially list

17      price sheets.  And like most things, there are

18      other documents that say here is the list price

19      and here is the price we're going to sell it at.

20                      THE COURT:  Right.  But the order

21      of magnitude, I'm just curious about.

22                      MR. LEE:  I don't know.  I know

23      they are different.  The ones that have the

24      Power over Ethernet functionality are more

1    expensive on the list than those that don't.  I

2    just don't recall what the delta is.

3                    THE COURT:  Your understanding is

4    Alcatel either has or is willing to provide

5    information about the sales of all of the

6    Ethernet cards whether they come separately or

7    whether they come with the chassis; is that

8    right?

9                    MR. LEE:  I believe that we have

10   an upcoming deposition.  I have a list of sales

11   that have been made.  I don't know exactly what

12   they reflect.  Hopefully, the deponent will be

13   able to tell us what it reflects.

14                   THE COURT:  Is this Mr.

15   Vasilakis?

16                   MR. LEE:  Yes.  What we're looking

17   for here is the uplift that comes in the chassis

18   form when they're installed, whether it's just

19   the pure retail price or an internal transfer

20   price or whatever the uplift is for the chassis

21   to have those versus the chassis that don't have

22   those.

23                   THE COURT:  When you say uplift,

24   that's not a terminology I'm familiar with.

```
1     Does that mean how much is added onto the price

2     or do you mean something else?

3                    MR. LEE:  More cost.  I come from

4     the chemical industry so uplift is a term of

5     art, I guess.  It's how much more they charge

6     when they put that in.

7                    THE COURT:  Okay.  Maybe there's a

8     factual component which we've just been talking

9     about and there's a legal component.  But before

10    we talk about the legal component, let me hear

11    from Ms. Shiferman from a factual component.

12    Because I had the impression there were

13    representations in your letter that essentially

14    that most Ethernet cards are not sold as an

15    integral part with the chassis of this kind.

16    Meaning, most chassis are not sold with an

17    Ethernet card; is that right?

18                    MS. SHIFERMAN:  Yes, Your Honor.

19    First of all, I believe it was last week we had

20    a series of depositions.  I believe it was

21    Mr. Deet(ph) that testified that, in fact, it

22    was less than 10 percent of the chassis in these

23    families that are actually sold or bought for

24    use with a Power over Ethernet line card.  These
```

```
 1        are placed and ordered separately and we do not

 2        track the information that links a chassis sale

 3        with a Power over Ethernet card.  They don't

 4        track one to one.

 5                        It's up to the buyer how many

 6        Power over Ethernet ports within the chassis

 7        they want to have Power over Ethernet capability

 8        for.  So for every one chassis, they can buy one

 9        card, they can buy two, they can buy three.

10                        THE COURT:  So how does Alcatel

11        track these cards?

12                        MS. SHIFERMAN:  So we've tracked

13        sales of the cards and we have produced the

14        revenue associated with the cards.  We track

15        price lists.  We have produced the price list

16        for both the chassis and the line cards.

17                        THE COURT:  Does Alcatel get

18        different revenue on a per card basis if they're

19        sole with the chassis than it does if they're

20        sold independently?

21                        MS. SHIFERMAN:  The price for the

22        chassis itself?

23                        THE COURT:  No, I was talking

24        about the card.
```

```
 1                    MS. SHIFERMAN:  The cards are

 2         ordered independently so they would have

 3         different product numbers, different orders and

 4         that's the real issue here which is not only do

 5         we believe that the chassis revenue is not

 6         relevant to the issues, it is not tracked.  We

 7         do not have any way to -- any non-burdensome

 8         way.  We would have to go to an IT vendor in

 9         order to try to dig out this information.

10                    We track revenue for all the

11         chassis sales.  We track revenue for sales of

12         the Power over Ethernet line cards.  And what

13         we've produced is the sales for all the Power

14         over Ethernet line cards.  We do not have a way

15         through our quarrying from our database to

16         actually link the sale of the Power over

17         Ethernet card with a particular chassis.  And

18         it's, again, not a one-to-one link.  It depends

19         on the user how many ports they would like to

20         have Power over Ethernet capabilities.

21                    What we believe we've produced is

22         a way to measure that.  First of all, we

23         produced the line card revenue.  We produced the

24         chassis price list and we've produced all the
```

```
 1        unit numbers.  So there's a way to proxy

 2        information for them to determine some of that

 3        relevance in addition to the testimony of

 4        Mr. Vasilakis who will be able to explain all of

 5        this information, and including, he will be able

 6        to provide testimony regarding the number of

 7        Power over Ethernet ports total that we have

 8        sold to all of the non-Power over Ethernet

 9        ports.  So there's going to be additional

10        testimony that will provide information.

11                    THE COURT:  So this witness who

12        testified last week you say said, and I'm

13        simplifying here, 10 percent of the chassis sold

14        in these series more or less are sold with one

15        or more Ethernet cards?

16                    MS. SHIFERMAN:  He said less than

17        10 percent have some Power over Ethernet

18        capability -- are used.  He did not say sold

19        with, but he did say can be bought to be used

20        with the Power over Ethernet.

21                    THE COURT:  So, Mr. Lee, assuming

22        for the sake of argument that one can figure how

23        many chassis are sold either total -- which

24        obviously they've got that information -- or how
```

```
 1        many chassis are sold contemporaneously as part

 2        of a package with Ethernet cards, if you had

 3        this information, how would that help you?

 4                    MR. LEE:  To the extent the card

 5        is sold separately and sold to the public, then

 6        we can attach an exact value that is being paid.

 7                    THE COURT:  An exact value to

 8        what?

 9                    MR. LEE:  To the card.  The price

10        that's being paid for the card is a fair market

11        value price.

12                    THE COURT:  When they sell a card

13        directly to the customer, presumably that's a

14        fair market value price, right?

15                    MR. LEE:  Presumably, if it's not

16        in console.  What we're trying to get at are

17        those that are included in the console whether

18        what we're seeing is internal pricing within

19        Alcatel just uplifting or increasing the price

20        and --

21                    THE COURT:  I think I get what

22        you're getting at which is your concern that the

23        pricing when it's sold as a package, it's like

24        anything else, if you bundle two things
```

1         together, you can internally say you can value

2         them differently than maybe they would be if

3         they were sold separately.  That's what you're

4         driving at?

5                    MR. LEE:  Exactly, yes.

6                    THE COURT:  What would you need in

7         order to figure out if that was actually

8         happening?

9                    MR. LEE:  We would need the number

10        of units sold and from what we have seen on some

11        internal price sheets, it appears that there

12        are -- I don't know if they're product numbers

13        or model numbers but some number that's

14        associated with chassis that is unique when the

15        chassis is sold with a Power over Ethernet

16        capability.  That's what at least we've seen in

17        documents when we go through them.

18                    THE COURT:  Is this a topic you

19        plan to explore with Mr. Vasilakis?

20                    MR. LEE:  Yes, Your Honor.

21                    THE COURT:  So then there was some

22        talk in the letters about entire market value

23        rule and small salable unit, but I'm not getting

24        the sense that that is really part of what the

```
1     dispute is about here.

2                 MR. LEE:  At this juncture, Your

3     Honor, it's a discovery dispute and --

4                 THE COURT:  No.  No.  I'm sorry to

5     cut you off, but I understand it's a discovery

6     dispute and the question of the damages theory

7     is a separate thing.  But I saw that there seems

8     to be a lot of back and forth even if it was a

9     separate thing because whether or not it was

10    ultimately useable in damages theory, it still

11    may lead to admissible evidence so it's not

12    irrelevant.  If part of it is -- let me just

13    step back.  It seems to me like there's two

14    theories you could be advancing.

15                One of which is I think we just

16    heard is the sales numbers we got may not be

17    exactly accurate because some of them were

18    bundled and they may internally shift prices or

19    cost or something so that what they say are the

20    sales isn't actually a 100 percent accurate

21    representation of what the sales are.  That's

22    your one theory, right?

23                MR. LEE:  Correct.

24                THE COURT:  But then I thought
```

1    there was a second theory which I actually

2    thought was that the sales of these cards, the

3    driving sales of chassis or perhaps vice versa,

4    since we know what the infringing products are

5    supposed to be so it must be their driving sales

6    of the chassis and, therefore, you need to find

7    out the chassis because there's some extra stuff

8    that could possibly work into damages theories

9    if they had that kind of market power.  I don't

10   want to make this more complicated than it is.

11   So if really all we're talking about is the

12   first theory and that's it, I'm fine to stop

13   there.

14             MR. LEE:  No, there's an

15   additional theory.  It's not necessarily the one

16   that you've described.  But I believe one of the

17   witnesses last week, and I can't recall which

18   one, testified that the Power over Ethernet

19   functionality that's incorporated in the

20   chassis, at least in his mind, to make it appear

21   throughout Alcatel's perspective that they have

22   a complete product.

23             So sometimes items are included in

24   larger agglomerate of particles that don't

1    necessarily have the dollar values that attached

2    from a sale, but they also have other marketing

3    reasons to be there.  I tend to explore that

4    with Mr. Vasilakis also.  But there is value

5    that's being added to the overall chassis that

6    we believe goes beyond the Power over Ethernet

7    switch cost.

8                    THE COURT:  All right.  I think in

9    a rough kind of way I understand your theory.

10    It seems to me that Alcatel has responded on at

11    least two grounds, one of which had to do with

12    this damages theory which seems to not actually

13    be all that germane right at this point, and

14    then the other was essentially we can't produce

15    the kind of information that would actually be

16    helpful to the theory you're pursuing.  I

17    recognize you don't have access to their

18    records.  Do you have comment on that response?

19                    MR. LEE:  I do.  In Exhibit G to

20    the letter that you received yesterday, there

21    were some interrogatory responses.  They were in

22    the brief for a different purpose.

23                    THE COURT:  Okay.

24                    MR. LEE:  And this is what Alcatel

1     submitted.  And there was a portion of their

2     response to Interrogatory 4, which is what we're

3     talking about here, that was redacted out.  But

4     this is Alcatel's initial response to us whom we

5     sought sales and revenue information for all of

6     the PoE accused products.

7                      THE COURT:  Hold on.  I'm trying

8     to find Exhibit G.  What are you directing my

9     attention to?

10                     MR. LEE:  There's a section of the

11    page that is redacted out.

12                     THE COURT:  Page 9, this exciting

13    thing?

14                     MR. LEE:  Yes.  The portion that

15    is redacted out says this, Defendants state that

16    revenue, cost and profit information is not

17    tracked on a product-by-product basis.  Further

18    responding, defendants state that there is no

19    specific revenue, cost and profit information

20    specific to the accused PoE products.  This

21    isn't chassis specific, Your Honor.  This is

22    across all accused products.  That was their

23    initial response.

24                     Months later, we eventually got a

```
1        table from them that shows all of the sales of

2        the other PoE models, but not the chassis.  So

3        to the extent that they say that it's overly

4        burdensome to get this information or that they

5        don't have it, they apparently have access to it

6        enough to formulate the table for the PoE cards

7        and just as easily could have at the same time

8        done it for chassis but they opted not to.

9        That's at least our position.

10                      MS. SHIFERMAN:  That doesn't

11       really address the point, Your Honor.  We can

12       pull together a list of every single chassis

13       sold and give you the total revenue, but that

14       would be completely over inclusive because only

15       a small percentage, something less than 10

16       percent and we will have more testimony on that,

17       actually are sold for use with a Power over

18       Ethernet card.  You can't link that.

19                      THE COURT:  You said you've only

20       had less than 10 percent.  You said, presumably

21       Mr. Vasilakis will have more --

22                      MS. SHIFERMAN:  More detail, yes.

23                      THE COURT:  If he can say it's 8

24       percent or whatever, it seems like he must be
```

```
1        getting these figures from some figures that

2        Alcatel generates internally, right?

3                    MS. SHIFERMAN:  They're estimates

4        based on customer information.  They are not a

5        count.  We cannot link -- we know how many total

6        Power over Ethernet cards we sell.  We know the

7        total number of ports in all the chassis

8        combined because we know the chassis have X

9        number of ports.  That's how they're made.  We

10       know that the certain number of them are sold to

11       have a Power over Ethernet card simply because

12       we know the number of cards sold, and that's

13       what Mr. Vasilakis can testify on, and that's

14       how we know some of the percentages and we know

15       what our customers tell us.

16                   What we cannot do from our

17       financial databases is coordinate or parse out

18       without some new program or a third-party vendor

19       doing it or figuring out how to do it say this

20       chassis was sold to be used with two cards or

21       three cards or one card.  All we know is we sold

22       this many chassis and they had a total number, X

23       number of ports.  Some of them were used for a

24       Power over Ethernet and we know that number,
```

1    which we've produced both units and revenue.

2              THE COURT:  Can you say that last

3    sentence again?

4              MS. SHIFERMAN:  So for the cards

5    itself, we've produced how many cards and we've

6    produced the revenue associated with those

7    cards.

8              THE COURT:  I thought you said

9    something else, the sentence before that.

10             MS. SHIFERMAN:  That's what we

11   cannot do.  We cannot say how many or which of

12   the chassis were linked with that card without a

13   third-party vendor trying to somehow create or

14   manually create a program to link the two.

15   There's no invoice data that comes out of the

16   system to allow us to make the link.

17             THE COURT:  Are these products

18   eventually sold mostly to individual consumers?

19             MS. SHIFERMAN:  Individuals as in

20   you and I?

21             THE COURT:  Yes.

22             MS. SHIFERMAN:  No, these are

23   enterprise products for businesses.

24             THE COURT:  So people aren't

1    buying one chassis and one card at a time.

2    They're probably buying --

3                MS. SHIFERMAN:  It would depend on

4    the size of the business and their need.

5                THE COURT:  Well, how much does

6    one chassis sell for, ballpark?

7                MS. SHIFERMAN:  I think it's

8    somewhere like a couple of thousand dollars.  It

9    could be less.  I have a figure of 1200 euros in

10   mind for one of them.

11               THE COURT:  How much does the card

12   cost?

13               MS. SHIFERMAN:  A small percentage

14   of that.  I honestly do not know, a couple of

15   hundred dollars.

16               THE COURT:  I'm sorry, Mr. Lee,

17   but when you were talking about this blacked-out

18   portion and you said, then they've produced

19   something or another, what was it that they

20   produced?

21               MR. LEE:  I --

22               THE COURT:  Because I think what

23   you were saying is their protestations that they

24   can't produce stuff has to be taken with a grain

```
 1      of salt.

 2                      MR. LEE:  I can say that that was

 3      there initial objection and then they produced

 4      an Appendix A and an Appendix B.  Appendix A

 5      reflected, it appeared, almost line by line

 6      every sale that had been made since the

 7      beginning of the open window of the infringement

 8      period to some time in 2013.  They had a product

 9      number, a model number and number of units sold,

10      price per unit and that type of thing.  They

11      were able to produce all of that,

12      notwithstanding what was said in the redacted

13      out portion.

14                      THE COURT:  Right.  But the way

15      you've just described the table doesn't seem

16      like that table if it included these 7000 or

17      9000 chassis, that that would actually provide

18      you with any useful information.

19                      MR. LEE:  That table was for the

20      cards.

21                      THE COURT:  Well, no -- all

22      right.  Well, I will tell you what I'm inclined

23      to do which kind of fits in with some of the

24      rest of what I'm inclined to do, which is it
```

1    seems to me that based on the representation

2    that the deponent the other day said that only

3    10 percent of these things or less were linked,

4    and given the representation that the linkage

5    isn't exactly at hand for Alcatel, it does seem

6    to me that it seems likely that the burden on

7    Alcatel to produce this kind of information

8    seems unlikely to be worth the effort to

9    undertake that project.

10                 Let me just ask, Mr. Lee, when you

11   got the print-out of Exhibit A and Exhibit B,

12   did this include sales of the cards?  That's

13   what you said they were of, right?

14                 MR. LEE:  Of cards or other

15   accused products, non-chassis products.

16                 THE COURT:  Okay.  Were you

17   noticing a lot of variation in the sales price?

18                 MR. LEE:  Percentage-wise there's

19   a considerable variation, 30 or 40 percent.

20                 MS. SHIFERMAN:  These are very

21   different products with different sizes and

22   capabilities.

23                 THE COURT:  I guess what I was

24   wondering is I don't know how these cards are

1  identified.  But let's assume they are called

2  Power over Ethernet Card No. 1.  I take it by

3  what you've said about the detail that you've

4  gotten so far, you can look and see whether they

5  are normally sold for $300 each, but there's

6  some percentage of them which were sold for $50

7  each.  In other words, the underlying theory you

8  have here is that the information you're

9  getting, not casting any aspersions on Alcatel,

10  is not accurate.  And it seems to me that before

11  we start exploring whether that's the case, it

12  would be nice to know whether, in fact, there's

13  some objective indication that that information

14  you've gotten is not accurate.  Do either of you

15  understand?

16          MS. SHIFERMAN:  The information

17  has been pulled from the system so --

18          THE COURT:  No.  No.  I'm not

19  casting --

20          MS. SHIFERMAN:  Right.  And it can

21  be compared to the actual price list which we've

22  also produced.  So to the extent that there's a

23  question on what it is advertised or listed for

24  as compared to what the card is sold for if

1      there is a discount or other change, they have

2      the information in hand to make that comparison.

3                      THE COURT:  So you at least

4      understood what I was suggesting.  Do you

5      understand, Mr. Lee?

6                      MR. LEE:  Yes, I understood.

7                      THE COURT:  So a couple of things,

8      I came in here thinking there's no way I was

9      giving you this chassis information, but I've

10     learned something from the discussion.  But I

11     think right now it's actually premature.  I

12     think you're chasing a theory which there could

13     be factual support for but it's not there right

14     now.  And I think in the next few days when you

15     depose Mr. Vasilakis, you'll be able to explore

16     the topic from him as to whether there's a

17     factual underpinning for this.  Apparently,

18     you've been deposing some other people too.  So

19     I'm kind of inclined to think that the sale of

20     the chassis is irrelevant.  But I will be open

21     to persuasion that it is relevant.

22                      On the other hand on the Alcatel

23     side of we can't produce this material, I've

24     heard Ms. Shiferman.  Is there any actual

1    declaration or anything else from somebody at

2    Alcatel that says we can't do this?

3              MS. SHIFERMAN:  We have not gotten

4    a declaration from an IT person.

5              THE COURT:  Why don't you all do

6    the deposition of Mr. Vasilakis and whatever

7    else you have in the near future, and you can

8    talk to each other about whether there really is

9    something worthwhile pursuing here or not, both

10   from whether you got some addition that you're

11   getting information that's going to essentially

12   prejudice your damages calculation because of

13   bookkeeping things or whatever.  You could be

14   thinking about how if I do say that sounds

15   relevant, the question of how much would it

16   actually cost you to produce it.  Okay?

17             MS. SHIFERMAN:  Yes.

18             THE COURT:  I believe that takes

19   care of that.  According to my list of things,

20   there were three other matters on the table and

21   I will tell you what I think about them, which

22   is one of them was on the 30(b)(6) depositions

23   Topics 8 to 10, which all I have is their

24   contention deposition topics, and I think

```
 1        Mr. Blumenfeld cited Judge Stapleton.  I say

 2        Mr. Blumenfeld, maybe Ms. Shiferman.  But I'm

 3        sure Mr. Blumenfeld probably likes citing Judge

 4        Stapleton.  It's pretty hard to find anything

 5        you can cite better than Judge Stapleton.  So

 6        I'm going to quash those three topics.  And I

 7        think the only thing that actually -- off the

 8        record.

 9                    (Discussion held off the record.)

10                    THE COURT:  So back on the record.

11        So this issue has come up for me before and I do

12        think that contention depositions are not fair

13        to whomever's being asked to formulate these

14        things.  And I don't think changing -- I forget

15        what the exact language change you made but

16        actually that's come up before me too.

17                    MR. BLUMENFELD:  Basis of fact --

18                    THE COURT:  Yes.  So on Topic 7

19        which is the one about when did Alcatel first

20        know about your patent, I see that they've

21        answered it in interrogatory.  It seems to me

22        unlikely to be very productive to have some

23        corporate witness, but it also seems to me it's

24        not going to take very long so I will let you do
```

1      No. 7.  And I presume there is some corporate

2      witness who can be found who will know how it

3      was that Alcatel learned about the patent.

4      Presumably, the same person that provided the

5      information of the interrogatory answer.

6                    Then the other thing was what the

7      deposition of Mr. Vridge(ph) and I've heard some

8      Delaware lawyers talking about the Apex Doctrine

9      before.  My impression is that basically

10     Mr. Vridge is high enough up in whatever

11     organization exactly he's in so that absent some

12     better showing that has been made so far, I'm

13     not going to permit his deposition.  I do think

14     a few days from now, I guess on Tuesday, when

15     you depose Mr. Vasilakis, if he turns out not to

16     be a fountain of knowledge, that may put things

17     in a different perspective.  But right now based

18     on the documents that have been submitted, I

19     don't think a deposition of Mr. Vridge is

20     appropriate.

21                    So does that resolve everything?

22     I see you resolved between yourselves

23     Mr. Vasilakis.  So as far as I'm concerned,

24     that's great.  Is there anything else?

```
 1                    MS. SHIFERMAN:  No, Your Honor.

 2                    MR. LEE:  I think that's it, Your

 3     Honor.

 4                    THE COURT:  All right.  So we're

 5     done.  Off the record.

 6                    (The proceedings ended at

 7     3:40 p.m.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1          C E R T I F I C A T I O N

2

3              I, Taneha Carroll, Professional

Court Reporter, certify that the foregoing is a
4
true and accurate transcript of the foregoing
5
proceeding.
6

7              I further certify that I am neither

8    attorney nor counsel for, nor related to nor

9    employed by any of the parties to the action in

10   which this proceeding was taken; further, that I am

11   not a relative or employee of any attorney or

12   counsel employed in this case, nor am I financially

13   interested in this action.

14

15

16          _____

17          Taneha Carroll

18          Professional Reporter and Notary Public

19

20

21

22

23

24