IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHALUMEAU POWER SYSTEMS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALCATEL-LUCENT, ) <br> ALCATEL-LUCENT USA INC. and ) <br> ALCATEL-LUCENT HOLDINGS INC., ) <br> ) <br> Defendants. ) | C.A. No. 11-1175 (RGA) |

### DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. (collectively, "Alcatel-Lucent") respectfully move this Court to find this an "exceptional case" under 35 U.S.C. § 285 and to award Alcatel-Lucent reasonable attorneys' fees. The grounds for the motion are fully set forth in Alcatel-Lucent's Opening Brief in support of this motion, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

OF COUNSEL:

J. Anthony Downs
Lana S. Shiferman
Robert Frederickson III
GOODWIN PROCTER LLP
53 State Street
Boston, MA  02109
(617) 570-1000

*Attorneys for Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.*

February 14, 2014
8002910.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHALUMEAU POWER SYSTEMS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1175 (RGA) |
| | ) |
| ALCATEL-LUCENT, | ) |
| ALCATEL-LUCENT USA INC. and | ) |
| ALCATEL-LUCENT HOLDINGS INC., | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2014, having considered Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.'s Motion for Attorneys' Fees and Costs and the parties' arguments in support of and in opposition to the motion;

IT IS HEREBY ORDERED that Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc.'s Motion for Attorneys' Fees and Costs is GRANTED.

_____
United States District Judge

## RULE 7.1.1 CERTIFICATION

I hereby certify that I raised the subject of the foregoing motion with counsel for Plaintiff and that we have been unable to reach an agreement.

Dated: February 14, 2014

_____
Jack B. Blumenfeld (#1014)

7968861

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>Joshua B. Long, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX 77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>440 West 1st Street, Suite 205<br>Tustin, CA 92780 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)