**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHALUMEAU POWER SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:11-cv-01175 |
| | ) | |
| ALCATEL-LUCENT, ALCATEL-LUCENT | ) | REDACTED - PUBLIC |
| USA INC., and ALCATEL-LUCENT | ) | VERSION |
| HOLDINGS INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF LANA SHIFERMAN**
**IN SUPPORT OF ALCATEL-LUCENT'S MOTION FOR ATTORNEYS' FEES**

I, Lana Shiferman, declare as follows:

1.     I am a partner in the law firm of Goodwin Procter LLP ("Goodwin Procter"),

counsel for Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. ("Alcatel-

Lucent").  I submit this declaration in support of Alcatel-Lucent's Motion to Recover Attorneys'

Fees Pursuant to 35 U.S.C. § 285.  Unless otherwise stated, I have personal knowledge of the

facts set forth below, and if called as a witness, could and would competently testify thereto.

2.     On October 31, 2012, Alcatel-Lucent produced to Chalumeau Power Systems,

LLC ("Chalumeau") its core technical documents pursuant to ¶ 4(b) of the Court's Default

Standard for Discovery, Including Discovery of Electronically Stored Information.  In the cover

letter that accompanied that production, Alcatel-Lucent noted that a small number of technical

documents were subject to third-party confidentiality agreements, under which Alcatel-Lucent

needed to provide notice to the third-party prior to production.  On November 20, 2012, well

over a year prior to the dismissal of this case, Alcatel-Lucent produced those third party

documents, which included datasheets for Alcatel-Lucent's primary chip supplier, ▮▮▮▮▮



3.      Attached as Exhibit N is a true and correct copy of Plaintiff's Second Set of

Requests for Production of Documents and things to Alcatel USA Inc., and Alcatel Lucent

Holdings Inc., dated October 11, 2013.

The foregoing statement is made under pains and penalties of perjury.

Dated:  March 14, 2014                                        */s/ Lana S. Shiferman*
                                                              Lana Shiferman

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 14, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>Joshua B. Long, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX  77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>440 West 1st Street, Suite 205<br>Tustin, CA  92780 | *VIA ELECTRONIC MAIL* |

/s/ Paul Saindon
Paul Saindon (#5110)

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 24, 2014, upon the following in the manner indicated:

Brian E. Farnan, Esquire                    *VIA ELECTRONIC MAIL*
Rosemary J. Piergiovanni, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

James A. Jorgensen, Esquire                 *VIA ELECTRONIC MAIL*
Michael E. Lee, Esquire
Joshua B. Long, Esquire
LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.
1800 Augusta Drive, Suite 250
Houston, TX 77057

Hemant H. Kewalramani, Esquire              *VIA ELECTRONIC MAIL*
LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.
440 West 1st Street, Suite 205
Tustin, CA 92780

/s/ Paul Saindon
Paul Saindon (#5110)