IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Chalumeau Power Systems LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Alcatel-Lucent, Alcatel-Lucent USA Inc., and Alcatel-Lucent Holdings Inc.,**<br><br>Defendants. | Civil Action No. 11-1175-RGA |

ORDER

Pending before this Court is Defendants' Motion for Attorneys' Fees and Costs (D.I. 158). For the reasons stated in the accompanying memorandum, Defendants' Motion for Attorneys' Fees and Costs (D.I. 158) is **GRANTED**. The Court directs Defendants to submit any additional supporting documentation necessary to justify their fees as well as a brief explanation of those documents. Plaintiffs have fourteen days from the filing of the explanation to oppose the amount of fees.

Entered this 12th day of September, 2014.

_____
United States District Judge