# EXHIBIT A

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT B



PROCTER



## LANA S. SHIFERMAN | PARTNER

Exchange Place
53 State Street
Boston, MA 02109
USA
617.570.1450

Lana Shiferman, a partner in Goodwin Procter's IP Litigation Group, focuses her practice on patent litigation, representing clients in all phases of litigation from pre-litigation counseling through trial and appeal. She has represented both patent owners and patent defendants in federal courts throughout the country and at the International Trade Commission. Ms. Shiferman has also participated in reexamination proceedings, both *ex parte* and *inter partes*, in the United States Patent Office, and has represented clients in trans-border disputes involving litigation in the UK, Germany, South Korea, Japan and Taiwan.

The broad range of technologies at issue in the cases litigated by Ms. Shiferman include immunoassay devices, semiconductor manufacturing equipment and methods, power converters, Internet telephony, wireless garage doors, particle pre-concentrators for use in explosives detection devices, flat panel display technology, modem protocols, packet filtering, LEDs, ATM switching devices, advanced call control, wireless routing systems, virtual private networks, web conferencing, power over Ethernet  and cut-through routing.

## WORK FOR CLIENTS

Ms. Shiferman has litigated numerous patent infringement lawsuits in federal courts nationwide and before the International Trade Commission. She has represented Cisco Systems, Hewlett-Packard, Applied Materials, Alere, Alcatel-Lucent, Citrix Systems, Network Equipment Technologies, OSRAM and Swiss Precision Diagnostics GmbH. Her recent experience includes serving as counsel for:

*Patent Infringement Lawsuits in Federal Courts*

- Citrix, as trial counsel, in a patent infringement trial in the Eastern District of Texas before Judge Gilstrap. Obtained a jury verdict of non-infringement on patent claims alleging more than $50 million in damages
- Alcatel-Lucent, as lead counsel, in a patent infringement matter in the District of Delaware. Successfully argued Markman hearing resulting in the patent owner filing a voluntary dismissal with prejudice
- Cisco in a patent infringement case in the District of Massachusetts involving Ethernet switches filed by a successor to the Thinking Machines patents. Obtained summary judgment of non-infringement for Cisco
- Network Equipment Technologies, as lead counsel, in a patent infringement case in the District of Delaware resulting in a favorable settlement
- Cisco in a declaratory judgment relating to Cisco's Voice-Over-IP technology. Obtained summary judgment of non-infringement for Cisco
- Hewlett-Packard in a patent infringement matter in the Eastern District of Texas alleging that its media access controllers infringed certain patents. Obtained favorable rulings limiting the products at issue and resulting in a favorable settlement for Hewlett-Packard
- Hewlett-Packard in a patent infringement matter in the Eastern District of Virginia alleging that modems contained in its products infringed certain patents. Obtained favorable Markman and summary judgment rulings resulting in a favorable settlement
- Alere Inc., obtaining injunctions and trial victories in a series of cases, including both jury and bench trials, in connection with Alere's seminal patents on lateral flow immunoassays
- Applied Materials in connection with a series of litigations in the United States, Taiwan, Korea and Japan relating to equipment and techniques for semiconductor and LCD manufacturing equipment

*USPTO Reexaminations*

- Cisco, obtaining rulings from the U.S. Patent Office on *ex parte* and *inter partes* reexaminations invalidating two patents claiming to have invented certain techniques in Voice-Over-IP

*ITC Investigations*

- OSRAM GmbH, as trial counsel, in the 784 ITC Investigation, asserting patents involving LED light conversion and packaging technology; patent held valid, enforceable and infringed after trial
- OSRAM GmbH in the 802 ITC Investigation, in which LG Electronic contended that certain OSRAM LEDs and products containing such LEDs infringed eight LG patents. Over the course of the investigation, LG withdrew its contentions with respect to six of the eight patents-in-suit. Prior to the issuance of the ALJ's decision, the parties entered into a settlement
- Tessera in the 605 and 649 ITC Investigations. In the 605 Investigation, the Commission found that the respondents infringed the patents-in-suit both directly and indirectly and that the patents were not invalid.  The Federal Circuit affirmed
- Hewlett-Packard in an ITC Investigation alleging infringement of patents relating to disk drive manufacturing resulting in a voluntary dismissal by the patent owner

## PROFESSIONAL ACTIVITIES

Ms. Shiferman is a member of the Boston Bar Association, the American Bar Association, the American Intellectual Property Law Association, the Boston Patent Law Association and the American Inns of Court.

**MEDIA**

While attending law school, Ms. Shiferman was a member of the *American University Law Review*.

## BAR AND COURT ADMISSIONS

Ms. Shiferman is admitted to practice in Massachusetts, as well as before the U.S. Court of Appeals for the First, Second and Federal Circuits, the International Trade Commission, the U.S. District Court for the District of Massachusetts, and the Eastern District of Texas. She has also been admitted *pro hac vice* at various locations around the country. Ms. Shiferman has appeared in civil trial matters and pre-trial proceedings in Massachusetts, Texas, California, New Jersey, Connecticut, Delaware, Virginia, Illinois and Washington, D.C.

## EDUCATION

J.D., 1999
American University Washington College of Law
(*magna cum laude*)

B.S., 1996
Northeastern University
(*magna cum laude*, Phi Beta Kappa)

# EXHIBIT C



GOODWIN
PROCTER



**J. ANTHONY DOWNS | PARTNER**

Exchange Place
53 State Street
Boston, MA 02109
USA
617.570.1929



Tony Downs, a partner and the former chair of Goodwin Procter's IP Litigation Group, has more than 25 years of litigation experience. He joined Goodwin Procter in 1988 after clerking for Chief Justice William Rehnquist at the U.S. Supreme Court. His practice is focused on intellectual property litigation, with specialization in patent matters. He also has experience in antitrust and competition law, securities and other complex commercial litigation. Mr. Downs has been repeatedly listed in *Chambers USA: America's Leading Lawyers for Business*, where clients have lauded him for being "outstanding at trial" and "greatly skilled in making complex technical arguments understandable."

Mr. Downs has tried cases in federal courts throughout the country, and has advised clients on trans-border disputes in cases across Asia and Europe. He has also appeared as lead counsel before the International Trade Commission and has participated in multiple reexamination proceedings, both *ex parte* and *inter partes*, in the U.S. Patent Office. In addition to his extensive trial experience, Mr. Downs has briefed or argued appellate cases in the U.S. Supreme Court, the Federal Circuit, the First, Second and Ninth Circuits, and in various state appellate courts. He also regularly uses arbitration and other alternative dispute resolution procedures.

## WORK FOR CLIENTS

In the area of patent litigation, Mr. Downs has represented clients as lead counsel in a wide range of patent disputes involving many different technologies, including telecommunications, computer software, Internet telephony, pharmaceuticals, medical devices and financial services. His recent cases include:

- Lead counsel in a successful defense of Citrix in a patent infringement trial in the Eastern District of Texas in Marshall.  Obtained a jury verdict of non-infringement on patent claims alleging more than $50 million in damages

- Lead counsel in successful defense of Epocal in patent infringement case related to three patents for point-of-care blood tests. After a six-and-a-half day trial, the Huntsville, Alabama jury returned a unanimous verdict for Epocal on all counts

- Obtained summary judgment of non-infringement for Cisco Systems in patent claims filed by a successor to the Thinking Machines patents in the District of Massachusetts

- As co-lead counsel in a five-day bench trial in the District of New Jersey, defeated a validity challenge to a Teva Pharmaceuticals patent pertaining to the Parkinson's drug Azilect™

- For Teva Pharmaceuticals, successfully appealed and argued an adverse bench trial result in the District of Delaware, resulting in the Federal Circuit finding the patents-in-suit invalid based on prior public use

- Representing a major financial institution in an MDL case in the Western District of Pennsylvania, was selected as lead counsel for Markman claim construction proceedings on behalf of more than 20 defendants

- Represented numerous clients in cases pending in the Eastern District of Texas, including Cisco Systems, Hewlett-Packard, New Balance and others, on a wide range of technologies

- For Cisco Systems, obtained rulings from the U.S. Patent Office on *ex parte* and *inter partes* reexaminations invalidating two patents claiming to have invented certain techniques in Voice-Over-IP

- Acted as co-lead counsel in multiple ITC proceedings

- Obtained injunctions and trial victories in a series of cases, including both jury and bench trials, for Alere Inc., in connection with Alere's seminal patents on lateral flow immunoassays

- Represented Applied Materials in connection with a series of litigations in the United States, Taiwan, Korea and Japan relating to equipment and techniques for semiconductor and LCD manufacturing equipment

## PROFESSIONAL ACTIVITIES

Mr. Downs is a member of the American, Massachusetts and Boston Bar Associations. He is also a member of the American Intellectual Property Law Association (AIPLA).

## BAR AND COURT ADMISSIONS

Mr. Downs is admitted to practice in Massachusetts, and is a member of the Bar of the Supreme Court of the United States, the U.S. Courts of Appeals for the Federal Circuit and the First and Second Circuits, the International Trade Commission, the U.S. District Court for the District of Massachusetts, the Eastern District of Texas, the Northern District of Illinois, and the Supreme Judicial Court of the Commonwealth of Massachusetts. He has also been admitted *pro hac vice* at various locations around the country. Mr. Downs has appeared in civil and criminal trial matters and pre-trial proceedings in Massachusetts, Texas, California, New Jersey, New York, New Hampshire, Alabama, Connecticut, Virginia, Tennessee, Washington, D.C., Illinois, Pennsylvania, Delaware, Florida and elsewhere.

## RECOGNITION

Mr. Downs is peer-rated AV-Preeminent by Martindale-Hubbell and has been listed for several years in *Chambers USA: America's Leading Lawyers for Business*, *Best Lawyers*, *IAM Patent Litigation 1000 – The World's Leading Patent Litigators, Benchmark Litigation 2014 – Litigation Star, Who's Who in American Law* and Massachusetts *Superlawyers*. In law school, Mr. Downs served as Executive Editor of the *University of Chicago Law Review*.

**EDUCATION**

J.D., 1986
The University of Chicago Law School
(*cum laude*, Order of the Coif)

While attending law school, Mr. Downs served as Executive Editor of the *University of Chicago Law Review*.

A.B., 1982
Princeton University
(*magna cum laude*)

**CLERKSHIPS**

1986 to 1987 U.S. Court of Appeals for the Second Circuit, Honorable James Oakes

1987 to 1988 U.S. Supreme Court, Honorable William H. Rehnquist

# EXHIBIT D



GOODWIN

PROCTER



**ROBERT FREDERICKSON , III | ASSOCIATE**

Exchange Place
53 State Street
Boston, MA 02109
USA
617.570.1947



Robert Frederickson is a senior associate in the firm's Litigation Department, where he concentrates his practice on intellectual property and patent litigation. Mr. Frederickson also devotes a significant amount of time representing pro bono clients in criminal and immigration matters. He joined Goodwin Procter in 2007.

## WORK FOR CLIENTS

Mr. Frederickson is experienced in all aspects of litigation, including pre-suit investigations, managing offensive and defensive discovery, claim construction, summary judgment, and trial.  He represents clients in a broad variety of fields, including computer software and hardware, voice over IP telephony, prepaid cellular telephones, medical devices, electronic medical records, Ethernet routing and Power-over-Ethernet switches, and pharmaceuticals. He has also been involved in securities litigation involving credit card processing systems and environmental litigation involving cooling water intake technologies under section 316(b) of the Clean Water Act.

Mr. Frederickson's representative cases include:

- *In re: Maxim Integrated Products, Inc.*, MDL No. 2354 (W.D. Pa.).  Representing financial services company in complex Multi-District Litigation in which the patentee alleges infringement of four patents involving mobile banking services and smart phone applications.
- *Chalumeau Power Systems, LLC v.* Alcatel-Lucent et al. (D. Del.).  Representing Alcatel-Lucent in a patent infringement case involving Power-over-Ethernet switching products.
- *Momenta Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc.* (D. Mass.).  Represented Teva in a patent infringement case involving test methods for low molecular weight heparins.  The district court granted summary judgment of non-infringement in Teva's favor. The case is currently on appeal before the Federal Circuit.
- *Sigram Schindler Beteiligungsgesellschaft mbH v. Cisco Systems, Inc.* (D. Del.).   Represented Cisco in patent infringement case involving call admission control for voice over IP phone service.  The district court granted summary judgment of non-infringement in Cisco's favor.
- *Freedom Wireless, Inc. v. Cingular Wireless LLC et al.* (E.D. Tx.)  Represented patentee in large, multi-defendant patent infringement case involving prepaid cellular telephone service.  The cases settled shortly before trial.

## PROFESSIONAL EXPERIENCE

From November 2011 to May 2012, Mr. Frederickson served as a Special Assistant District Attorney for Middlesex County. In that capacity, he prosecuted hundreds of felony and misdemeanor criminal cases and tried over a dozen jury and non-jury cases. He also argued countless dispositive and evidentiary motions, many of which involved constitutional issues.

In 2013, Mr. Frederickson was selected by *Super Lawyers* magazine as a "Rising Star" in Massachusetts.

## BAR AND COURT ADMISSIONS

Mr. Frederickson is admitted to practice in Massachusetts, and before the U.S. District Court for the District of Massachusetts and the Eastern District of Texas.

## RECOGNITION

While attending law school, Mr. Frederickson was recognized as the Best Overall Oral Advocate in the New England Region of the National Moot Court Competition. He also served as the Senior Articles Editor for the *Boston College Environmental Affairs Law Review*, for which he authored "A Green Bird in the Hand: An Example of Environmental Regulations Operating to Stifle Environmentally Conscious Industry," 34 *B.C. Envtl. Aff. L. Rev.* 303 (2007).

## EDUCATION

J.D., 2007
Boston College Law School
(*cum laude*)

B.S., 2004
The George Washington University
(*magna cum laude*, Phi Beta Kappa)

B.A., 2004
The George Washington University
(*magna cum laude*, Phi Beta Kappa)

# EXHIBIT E



**GOODWIN**

**PROCTER**



### CALVIN E. WINGFIELD | ASSOCIATE

The New York Times Building
620 Eighth Avenue
New York, NY 10018
USA
212.459.7049



Calvin Wingfield is an associate in the firm's Litigation Department and a member of its Patent Litigation Practice. Mr. Wingfield has experience in a broad range of intellectual property matters, including patent and trademark litigation, patent enforcement, and intellectual property counseling. He also has experience in preparing and prosecuting patent applications. His patent experience covers a diverse range of technologies, including optical devices; electronics and electrical devices; computer hardware, including databases and data storage; computer software; networking architecture; telecommunications and wireless technology; and financial systems; air craft and pharmaceuticals.

## WORK FOR CLIENTS

Mr. Wingfield has handled all aspects of patent litigation, including claim construction proceedings, summary judgment hearings, trials and appeals. The following are some of Mr. Wingfield's representative client representations:

- *Cephalon, Inc*. Mr. Wingfield is a member of the team representing Cephalon in multiple patent infringement cases involving its innovative treatment for chronic lymphocytic leukemia and non-Hodgkin lymphoma, TREANDA®.

- *CardinalCommerce Corporation.* Mr. Wingfield represented CardinalCommerce in two patent infringement cases against SecureBuy, LLC and three covered business method patent ("CBM") reviews involving CardinalCommerce's innovative methods and systems for authenticating e-commerce transactions. The Patent Trial Board denied institution of SecureBuy's CBM petitions.

- *In re Certain Ground Fault Circuit Interrupters and Products Containing Same*, Inv. No. 337-TA-739. Mr. Wingfield represented third party Pass & Seymour, Inc. in an advisory proceeding before the U.S. International Trade Commission concerning its ground fault circuit interrupters. This case raised an issue of first impression as to whether the manufacturer could intervene in an enforcement action against its distributor.

- *Maxim Integrated Products, Inc. v. Bank of America Corp. et al.,* No. 12-cv-617 (E.D. Tex.). Mr. Wingfield was a member of the team representing defendant Bank of America in a patent infringement case involving mobile banking technology.

- *Parallel Iron, LLC v. Bank of America, N.A.*, No. 12-cv-995 (D. Del.). Mr. Wingfield was a member of the team representing defendant Bank of America in a patent infringement case involving data storage management systems used in distributed file systems.

- *Williamson v. Citrix et al*., No. 11-cv-02409 (C.D. Cal.). Mr. Wingfield is a member of the trial and appellate team representing defendant IBM in a patent infringement case involving web conferencing software technology. The district court issued a Markman ruling favorable to IBM, which resulted in the patentee stipulating to non-infringement.

- *X-ray Optical Systems, Inc. v. Innov-X Systems, Inc*., No. 11-cv-0156 (N.D.N.Y.). Mr. Wingfield is a member of the team representing defendant Innov-X Systems in a patent inventorship and breach of non-disclosure agreement case involving fuel analysis technology.

- *Augme Technologies, Inc*. Mr. Wingfield represented Augme in multiple patent infringement cases brought by Augme involving software for delivery of targeted advertising over the Internet, and a case involving trademark infringement.

- *Bell Helicopter Textron Inc*. Mr. Wingfield has represented Bell Helicopter in two patent infringement cases involving helicopter landing gear. The district courts in both cases issued Markman rulings favorable to Bell Helicopter. One of the cases settled shortly before the pre-trial conference. The other remains pending.

- *Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC*, No. 07-cv-623 (N.D. Ill.). Mr. Wingfield was a member of the trial and appellate team that represented defendant and patent owner International Securities Exchange in both the district court and the court of appeals in a patent infringement case involving a system for automatically trading financial instruments. In the first appeal from this case, the appellate court vacated the district court's grant of summary judgment of non-infringement and affirmed the district court's dismissal of Chicago Board Options Exchange's inequitable conduct defense. In the second appeal from this case, the appellate court vacated the district court's finding that a computer-implemented means-plus-function claim was invalid as indefinite.

- *Pi-Net Int'l, Inc. v. Bank of America, N.A.*, et al., No. 12-cv-280 (D. Del.). Mr. Wingfield was a member of the team representing defendant Bank of America in a patent infringement case involving online banking systems.

- *Chalumeau Power Systems LLC v. Alcatel-Lucent et al.,* No. 11-cv-1175 (D. Del.). Mr. Wingfield was a member of the team that defended various Alcatel-Lucent entities in a patent infringement case involving networking switches.

- *In the Matter of Certain Dimmable Compact Fluorescent Lamps and Products Containing Same*, Investigation No. 337-TA-830. Mr. Wingfield is a member of the team that represented respondent GE in a patent infringement case involving light bulb ballasts.

- *X-ray Optical Systems, Inc. v. Innov-X Systems, Inc*., No. 11-cv-0156 (N.D.N.Y.). Mr. Wingfield represented defendant Innov-X Systems in a patent inventorship and breach of non-disclosure agreement case involving fuel analysis technology.

- *Picture Patents, LLC v. Aeropostale, Inc. et al*., 788 F. Supp. 2d 127 (S.D.N.Y. 2011), aff'd Picture Patents, LLC v. Aeropostale, Inc. et al., No. 2011-1558 (Fed. Cir. Apr. 13, 2012). Mr. Wingfield was a member of the team that represented defendant IBM in both the district court court of appeals and the U.S. Supreme Court. The district court granted summary judgment in favor of IBM concerning the ownership of 12 patents obtained by a former employee after leaving IBM. The court of appeals summarily affirmed that determination, and the U.S. Supreme Court denied certiorari.

- *Pass & Seymour, Inc. v. General Protecht Group, Inc*. (N.D.N.Y.). Mr. Wingfield is a member of the team representing plaintiff Pass & Seymour in a patent infringement case involving electrical devices – in particular, ground fault circuit interrupters.

- *Pass & Seymour, Inc. v. Hubbell Inc.*, 2011 WL 32433, 2009 WL 7296903 (N.D.N.Y.). Mr. Wingfield represented plaintiff Pass & Seymour in a patent infringement action involving electrical devices – in particular, ground fault circuit interrupters. The district court issued a Markman ruling favorable to the plaintiff on ten patents relating to ground fault circuit interrupters.

- *In the Matter of Certain Display Devices Including Digital Televisions And Monitors*, Investigation No. 337-TA-713 (ITC 2010). Mr. Wingfield was a member of the team that represented respondent TPV in a patent litigation concerning televisions and flat-screen monitors.

- *In the Matter of Certain Ground Fault Circuit Interrupters And Products Containing The Same*, Investigation No. 337-TA-615, 2009 WL 962585 (ITC 2009), aff'd in part General Proctecht Group, Inc. v. Int'l Trade Comm'n, 619 F.3d 1303 (Fed. Cir. 2010) and Pass & Seymour, Inc. v. Int'l Trade Comm'n, 617 F.3d 1319 (Fed. Cir. 2010). Mr. Wingfield was a member of the trial and appellate team that represented complainant Pass & Seymour in both the U.S. International Trade Commission and on appeal to the Federal Circuit. All six asserted patents were held valid, enforceable and infringed after the hearing before the Commission. The decision was affirmed-in-part resulting in the exclusion of 15 of 16 respondents from the market.

- *In the Matter of Certain Hard Disk Drives, Components Thereof, And Products Containing The Same*, Investigation No. 337-TA-616 (ITC 2008). Mr. Wingfield was a member of the team that represented respondent Hewlett-Packard against allegation of infringement of patents relating to disk drive manufacturing.

- *In the Matter of Certain Wireless Communication Equipment, Articles Therein, And Products Containing The Same*, Investigation No. 337-TA-577 (ITC 2006). Mr. Wingfield was a member of the team that represented respondent Ericsson in a patent infringement case involving cellular telephony technology.

## PROFESSIONAL ACTIVITIES

Mr. Wingfield is a member of the American Bar Association (co-chair of the Young Lawyers' Sub-Committee for the Intellectual Property Litigation Committee of the Section of Litigation), the National Bar Association, the New York Intellectual Property Law Association and the Honorable William C. Conner Inn of Court.

## PROFESSIONAL EXPERIENCE

Prior to joining Goodwin Procter, Mr. Wingfield was an associate at an IP boutique law firm, where he focused his practice on patent prosecution and litigation.

## BAR AND COURT ADMISSIONS

Mr. Wingfield is admitted to practice in New York, and before the Northern and Southern Districts of New York, and the U.S. Court of Appeals for the Federal Circuit.

## EDUCATION

J.D., 2006
Emory University School of Law

B.S., 2003
Computer Science
Morehouse College
(*cum laude*)

GOODWIN PROCTER LLP

2

# EXHIBIT F

# M|N|A|T

### MORRIS, NICHOLS, ARSHT & TUNNELL LLP

## Jack B. Blumenfeld <span style="float:right">Partner</span>



**TEL:** (302) 351-9291
**FAX:** (302) 425-3012
jblumenfeld@mnat.com

### Practices

- Intellectual Property Litigation

### Education

- J.D., 1977, Yale Law School
- B.A, 1974, State University of New York at Albany

### Clerkships

- Law Clerk to The Honorable Walter K. Stapleton, United States District Court for the District of Delaware

Jack is a member of the Intellectual Property Litigation Group.  His practice concentrates on patent litigation and encompasses many different areas of technology.

Jack has been a member of the District Court Advisory Committee for the United States District Court for the District of Delaware, the Civil Justice Reform Act Advisory Group for that Court, and the Intellectual Property Advisory Committee of that Court.

### NOTEWORTHY

- *The Best Lawyers in America* 2015 Delaware Lawyer of the Year, Litigation—Patent
- *Who's Who Legal: Patents,* 2014
- *Delaware Super Lawyer*, 2014
- Delaware Litigator of the Year, 2014 by *Managing Intellectual Property*
- *The Best Lawyers in America* 2013 Delaware Lawyer of the Year, Intellectual Property Litigation
- Ranked the number one Delaware patent litigator by *Intellectual Asset Management* magazine - IAM 250: The World's Leading Patent Litigators 2011
- Star Performer in Intellectual Property, *Chambers USA: 2012 America's Leading Lawyers for Business*
- Listed in *The Best Lawyers in America* for the past 20 years
- *Lawdragon Magazine - 500 Leading Lawyers in America*
- *Benchmark Litigation Magazine* – Delaware Litigation Star
- International Who's Who of Patent Lawyers - 2011
- *IAM 1000 - The World's Leading Patent Practitioners:* Gold-ranked
- *LMG Life Sciences 2012:* Life Science Stars

*continued*

**M N A T**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

## Jack B. Blumenfeld

### NEWS

- 28 Morris Nichols Lawyers Listed in The Best Lawyers in America® 2015

- Four Morris Nichols Partners Listed Among Top Patent Attorneys in Who's Who Legal: Patents 2014

- Intellectual Asset Management Ranks Morris Nichols in Delaware Top Tier

- 17 Morris Nichols Attorneys Selected For Inclusion in Super Lawyers-Delaware Edition 2014

- Chambers USA 2014 Names 21 Morris Nichols Attorneys and 4 Practice Groups as Best in Delaware

- 2014 Chambers USA Directory Ranks 21 Morris Nichols Attorneys as 'Leaders in their Field"

- Congratulations to Jack Blumenfeld, 2014 Delaware Litigator of the Year

- Morris Nichols Attorneys Named to 2014 Best Lawyers in America – 60 Practice Specialty Selections; 22 Top-Listed Practice areas; 5 Delaware Lawyers of the Year

- Chambers USA 2013 Names 17 Morris Nichols Attorneys and 4 Practice Groups as Best In Delaware

- 22 Morris Nichols Attorneys Selected for Inclusion in Super Lawyers – Delaware Edition 2013

- Morris Nichols Tops Delaware in Benchmark Litigation 2013

- Morris Nichols Attorneys Named Delaware "Lawyers of the Year"

- 28 Morris Nichols Attorneys Named to The Best Lawyers in America 2013

- Morris Nichols' Jack Blumenfeld Named Among Top Patent Litigators; Firm Ranks First in Delaware

continued

**M|N|A|T**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

## Jack B. Blumenfeld

- Morris Nichols' Jack Blumenfeld, Mary Graham Named 2012 Life Science Stars

- Morris Nichols Team Successful in LadaTech v Illumina Patent Infringement Dispute

- Morris Nichols' Jack Blumenfeld Ranked Number One in Delaware Among World's Foremost Patent Litigators

### PUBLICATIONS

- Jack B. Blumenfeld, Karen Jacobs, Jeremy A. Tigan, *Pretrial Preparation*, ANDA Litigation: Strategies and Tactics for Pharmaceutical Patent Litigators, 329-350 (Kenneth L. Dorsney ed., ABA Publishing 2012).

- Vice Chancellor Donald F. Parsons, Jack B. Blumenfeld, Mary B. Graham and Leslie A. Polizoti, *Explaining Venue Choice and Litigant Preferences: Solving the Delaware Mystery*, ECONOMIC DAMAGES IN INTELLECTUAL PROPERTY: A HANDS-ON GUIDE TO LITIGATION 67-81 (Daniel Slottje ed., John Wiley & Sons 2006)

- Donald F. Parsons, Jr., Jack B. Blumenfeld, Mary B. Graham & Leslie A. Polizoti, *Solving the Mystery of Patentees' 'Collective Enthusiasm' for Delaware*, Delaware Law Review, Vol 7:2 (2005)

### PROFESSIONAL & COMMUNITY ACTIVITIES

- Member, American Bar Association

- Member, Delaware State Bar Association

### ADMISSIONS TO PRACTICE

- Delaware, 1979

- U.S. Court of Appeals for the Third Circuit, 1984

- U.S. Court of Appeals for the Federal Circuit, 1985

continued



## Jack B. Blumenfeld

- U.S. Supreme Court, 1987

# EXHIBIT G

# MNAT

### MORRIS, NICHOLS, ARSHT & TUNNELL LLP

## Paul Saindon
Associate



**TEL:** (302) 351-9466
**FAX:** (302) 225-2567
psaindon@mnat.com

### Practices
- Intellectual Property Litigation

### Education
- J.D., 2007, Cornell University Law School
- Internet Editor, Journal of Law and Public Policy
- B.S., 2004, Massachusetts Institute of Technology

Paul is an associate with the Intellectual Property Litigation group. His practice includes patent, copyright and trademark cases encompassing many different areas of technology.

### ADMISSIONS TO PRACTICE

- Delaware, 2008

# EXHIBIT H

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT I

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT J

**Table C-7.**
**U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2011**

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTAL** | | | | | |
| Filed | 2,297 | 4,015 | 3,628 | 1,402 | 2,227 |
| Terminated | 2,090 | 3,652 | 3,653 | 1,816 | 2,210 |
| Pending | 1,985 | 4,309 | 2,783 | 2,441 | 1,273 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 14 | 42 | 15 | 25 | 30 |
| Terminated | 11 | 45 | 12 | 22 | 25 |
| Pending | 20 | 59 | 17 | 15 | 13 |
| **FIRST CIRCUIT** | | | | | |
| Filed | 57 | 91 | 85 | 44 | 81 |
| Terminated | 63 | 86 | 113 | 39 | 76 |
| Pending | 59 | 124 | 74 | 51 | 43 |
| **MAINE** | | | | | |
| Filed | 7 | 0 | 2 | 1 | 1 |
| Terminated | 3 | 2 | 4 | 3 | 1 |
| Pending | 4 | 1 | 1 | 1 | 1 |
| **MASSACHUSETTS** | | | | | |
| Filed | 35 | 76 | 56 | 38 | 52 |
| Terminated | 46 | 78 | 81 | 32 | 47 |
| Pending | 32 | 107 | 42 | 41 | 28 |
| **NEW HAMPSHIRE** | | | | | |
| Filed | 5 | 7 | 6 | 1 | 5 |
| Terminated | 5 | 2 | 6 | 2 | 4 |
| Pending | 5 | 8 | 8 | 2 | 1 |
| **RHODE ISLAND** | | | | | |
| Filed | 0 | 5 | 10 | 1 | 5 |
| Terminated | 5 | 4 | 11 | 1 | 7 |
| Pending | 1 | 5 | 8 | 1 | 1 |

## Table C-7. (September 30, 2011—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **THIRD CIRCUIT** | | | | | |
| Filed | 120 | 632 | 237 | 101 | 275 |
| Terminated | 116 | 517 | 238 | 88 | 265 |
| Pending | 98 | 877 | 184 | 160 | 200 |
| **DELAWARE** | | | | | |
| Filed | 3 | 380 | 14 | 20 | 99 |
| Terminated | 5 | 226 | 9 | 7 | 92 |
| Pending | 3 | 586 | 15 | 34 | 106 |
| **NEW JERSEY** | | | | | |
| Filed | 46 | 180 | 106 | 31 | 92 |
| Terminated | 34 | 190 | 119 | 37 | 91 |
| Pending | 43 | 229 | 88 | 54 | 39 |
| **PENNSYLVANIA EASTERN** | | | | | |
| Filed | 50 | 54 | 80 | 45 | 31 |
| Terminated | 50 | 77 | 75 | 37 | 31 |
| Pending | 42 | 37 | 59 | 64 | 14 |
| **PENNSYLVANIA MIDDLE** | | | | | |
| Filed | 12 | 4 | 20 | 1 | 16 |
| Terminated | 17 | 5 | 15 | 2 | 24 |
| Pending | 5 | 7 | 13 | 4 | 4 |
| **PENNSYLVANIA WESTERN** | | | | | |
| Filed | 9 | 14 | 17 | 4 | 26 |
| Terminated | 9 | 19 | 20 | 5 | 18 |
| Pending | 5 | 18 | 8 | 3 | 14 |
| **VIRGIN ISLANDS** | | | | | |
| Filed | 0 | 0 | 0 | 0 | 11 |
| Terminated | 1 | 0 | 0 | 0 | 9 |
| Pending | 0 | 0 | 1 | 1 | 23 |
| **FOURTH CIRCUIT** | | | | | |
| Filed | 128 | 190 | 221 | 43 | 173 |
| Terminated | 122 | 166 | 202 | 335 | 177 |
| Pending | 113 | 196 | 175 | 145 | 90 |

**Table C-7.**
**U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2012**

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTALS** | | | | | |
| Filed | 3,074 | 5,189 | 3,403 | 1,432 | 2,168 |
| Terminated | 2,428 | 4,069 | 3,544 | 1,611 | 2,191 |
| Pending | 2,613 | 5,399 | 2,639 | 2,243 | 1,214 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 65 | 18 | 20 | 19 | 14 |
| Terminated | 30 | 41 | 16 | 17 | 19 |
| Pending | 54 | 35 | 21 | 17 | 8 |
| **FIRST CIRCUIT** | | | | | |
| Filed | 103 | 121 | 89 | 36 | 70 |
| Terminated | 65 | 108 | 92 | 27 | 70 |
| Pending | 97 | 137 | 70 | 60 | 42 |
| **MAINE** | | | | | |
| Filed | 5 | 5 | 8 | 0 | 4 |
| Terminated | 4 | 0 | 5 | 0 | 3 |
| Pending | 5 | 6 | 4 | 1 | 2 |
| **MASSACHUSETTS** | | | | | |
| Filed | 86 | 100 | 65 | 28 | 34 |
| Terminated | 41 | 92 | 57 | 22 | 41 |
| Pending | 77 | 115 | 50 | 47 | 20 |
| **NEW HAMPSHIRE** | | | | | |
| Filed | 4 | 7 | 5 | 2 | 4 |
| Terminated | 7 | 8 | 9 | 1 | 4 |
| Pending | 2 | 7 | 4 | 3 | 1 |
| **RHODE ISLAND** | | | | | |
| Filed | 3 | 2 | 5 | 0 | 6 |
| Terminated | 1 | 5 | 8 | 0 | 2 |
| Pending | 3 | 2 | 5 | 1 | 5 |

Page 1 of 14

## Table C-7. (September 30, 2012—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **THIRD CIRCUIT** | | | | | |
| Filed | 284 | 1,089 | 232 | 94 | 286 |
| Terminated | 166 | 749 | 234 | 109 | 296 |
| Pending | 217 | 1,199 | 180 | 144 | 189 |
| **DELAWARE** | | | | | |
| Filed | 3 | 809 | 12 | 11 | 98 |
| Terminated | 1 | 490 | 14 | 17 | 112 |
| Pending | 5 | 889 | 13 | 28 | 92 |
| **NEW JERSEY** | | | | | |
| Filed | 83 | 192 | 100 | 36 | 100 |
| Terminated | 43 | 192 | 101 | 51 | 104 |
| Pending | 83 | 227 | 87 | 39 | 34 |
| **PENNSYLVANIA EASTERN** | | | | | |
| Filed | 174 | 49 | 73 | 37 | 45 |
| Terminated | 106 | 43 | 81 | 31 | 33 |
| Pending | 111 | 42 | 49 | 69 | 26 |
| **PENNSYLVANIA MIDDLE** | | | | | |
| Filed | 10 | 7 | 14 | 2 | 7 |
| Terminated | 8 | 7 | 15 | 4 | 8 |
| Pending | 7 | 7 | 12 | 2 | 3 |
| **PENNSYLVANIA WESTERN** | | | | | |
| Filed | 14 | 32 | 33 | 4 | 30 |
| Terminated | 8 | 17 | 23 | 5 | 28 |
| Pending | 11 | 34 | 18 | 2 | 16 |
| **VIRGIN ISLANDS** | | | | | |
| Filed | 0 | 0 | 0 | 4 | 6 |
| Terminated | 0 | 0 | 0 | 1 | 11 |
| Pending | 0 | 0 | 1 | 4 | 18 |
| **FOURTH CIRCUIT** | | | | | |
| Filed | 145 | 232 | 210 | 40 | 206 |
| Terminated | 161 | 214 | 221 | 122 | 180 |
| Pending | 87 | 213 | 156 | 57 | 99 |

**Table C-7.**
**U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2013**

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTALS** | | | | | |
| Filed | 3,666 | 6,497 | 3,172 | 1,113 | 1,992 |
| Terminated | 3,575 | 5,494 | 3,347 | 1,360 | 2,028 |
| Pending | 2,700 | 6,399 | 2,464 | 1,967 | 1,173 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 25 | 12 | 11 | 12 | 17 |
| Terminated | 67 | 23 | 20 | 18 | 14 |
| Pending | 12 | 24 | 12 | 11 | 11 |
| **1ST CIRCUIT** | | | | | |
| Filed | 73 | 185 | 83 | 39 | 67 |
| Terminated | 112 | 130 | 83 | 37 | 72 |
| Pending | 61 | 191 | 70 | 62 | 38 |
| **MAINE** | | | | | |
| Filed | 1 | 6 | 4 | 0 | 3 |
| Terminated | 5 | 8 | 6 | 0 | 5 |
| Pending | 1 | 3 | 2 | 1 | 0 |
| **MASSACHUSETTS** | | | | | |
| Filed | 56 | 126 | 65 | 34 | 35 |
| Terminated | 96 | 84 | 65 | 26 | 30 |
| Pending | 37 | 157 | 50 | 55 | 25 |
| **NEW HAMPSHIRE** | | | | | |
| Filed | 6 | 15 | 5 | 1 | 3 |
| Terminated | 2 | 11 | 4 | 4 | 2 |
| Pending | 6 | 11 | 5 | 0 | 2 |
| **RHODE ISLAND** | | | | | |
| Filed | 3 | 8 | 3 | 0 | 3 |
| Terminated | 6 | 2 | 4 | 1 | 8 |
| Pending | 3 | 8 | 4 | 0 | 1 |

## Table C-7. (September 30, 2013—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **3RD CIRCUIT** | | | | | |
| Filed | 243 | 1,724 | 227 | 78 | 250 |
| Terminated | 267 | 1,075 | 226 | 82 | 258 |
| Pending | 193 | 1,841 | 183 | 113 | 180 |
| **DELAWARE** | | | | | |
| Filed | 22 | 1,492 | 14 | 17 | 97 |
| Terminated | 3 | 837 | 14 | 8 | 81 |
| Pending | 24 | 1,538 | 13 | 37 | 107 |
| **NEW JERSEY** | | | | | |
| Filed | 84 | 150 | 126 | 27 | 64 |
| Terminated | 103 | 163 | 101 | 24 | 76 |
| Pending | 64 | 213 | 112 | 42 | 22 |
| **PENNSYLVANIA EASTERN** | | | | | |
| Filed | 120 | 47 | 56 | 30 | 44 |
| Terminated | 138 | 55 | 72 | 46 | 46 |
| Pending | 93 | 34 | 34 | 26 | 24 |
| **PENNSYLVANIA MIDDLE** | | | | | |
| Filed | 3 | 5 | 7 | 0 | 11 |
| Terminated | 7 | 6 | 10 | 0 | 8 |
| Pending | 3 | 6 | 9 | 2 | 6 |
| **PENNSYLVANIA WESTERN** | | | | | |
| Filed | 14 | 30 | 23 | 4 | 25 |
| Terminated | 16 | 14 | 29 | 3 | 37 |
| Pending | 9 | 50 | 13 | 3 | 4 |
| **VIRGIN ISLANDS** | | | | | |
| Filed | 0 | 0 | 1 | 0 | 9 |
| Terminated | 0 | 0 | 0 | 1 | 10 |
| Pending | 0 | 0 | 2 | 3 | 17 |
| **4TH CIRCUIT** | | | | | |
| Filed | 182 | 304 | 215 | 38 | 174 |
| Terminated | 162 | 311 | 216 | 37 | 179 |
| Pending | 107 | 207 | 159 | 60 | 100 |

# EXHIBIT K

**Exhibit K**

| Law Firm Appearances for Defendants in Patent Cases Since Jan. 2011 | | |
|---|---|---|
| *Source: MonitorSuite* | | |
| **Name** | **Count** | **Percent** |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 757 | 23.50% |
| POTTER ANDERSON & CORROON LLP | 413 | 12.80% |
| RICHARDS, LAYTON & FINGER, P.A. | 270 | 8.40% |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 221 | 6.90% |
| MORRIS JAMES LLP | 207 | 6.40% |
| ASHBY & GEDDES, P.A. | 200 | 6.20% |
| SHAW KELLER, LLP | 111 | 3.40% |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | 97 | 3.00% |
| FISH & RICHARDSON P.C. | 94 | 2.90% |
| SEITZ ROSS ARONSTAM & MORITZ LLP | 82 | 2.50% |
| DLA PIPER LLP (US) | 65 | 2.00% |
| PROCTOR HEYMAN LLP | 49 | 1.50% |
| NOVAK DRUCE CONNOLLY BOVE & QUIGG LLP | 40 | 1.20% |
| DRINKER BIDDLE & REATH LLP | 39 | 1.20% |
| FARNAN, LLP | 38 | 1.20% |
| DUANE MORRIS LLP | 36 | 1.10% |
| BARNES & THORNBURG LLP | 35 | 1.10% |
| GREENBERG TRAURIG, LLP | 27 | 0.80% |
| MORGAN, LEWIS & BOCKIUS LLP | 27 | 0.80% |
| BAYARD, P.A. | 24 | 0.70% |
| BALLARD SPAHR LLP | 21 | 0.70% |
| SMITH, KATZENSTEIN & JENKINS LLP | 19 | 0.60% |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 19 | 0.60% |
| BLANK ROME LLP | 18 | 0.60% |
| COZEN O'CONNOR | 17 | 0.50% |
| FOX ROTHSCHILD LLP | 16 | 0.50% |
| ABRAMS & BAYLISS LLP | 15 | 0.50% |
| CONNOLLY GALLAGHER LLP | 14 | 0.40% |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | 14 | 0.40% |
| MANION GAYNOR & MANNING LLP | 13 | 0.40% |
| POLSINELLI PC | 12 | 0.40% |
| SAUL EWING LLP | 12 | 0.40% |
| STAMOULIS & WEINBLATT LLC | 12 | 0.40% |
| REED SMITH LLP | 11 | 0.30% |
| MCCARTER & ENGLISH, LLP | 9 | 0.30% |

| Name | Count | Percent |
|---|---|---|
| MURPHY & LANDON | 9 | 0.30% |
| SEITZ, VAN OGTROP & GREEN, P.A. | 9 | 0.30% |
| DORSEY & WHITNEY LLP | 8 | 0.20% |
| FOLEY & LARDNER LLP | 8 | 0.20% |
| PARKOWSKI, GUERKE & SWAYZE, P.A. | 7 | 0.20% |
| PEPPER HAMILTON LLP | 7 | 0.20% |
| PRICKETT, JONES & ELLIOTT, P.A. | 7 | 0.20% |
| GIBBONS P.C. | 6 | 0.20% |
| PIERCE ATWOOD LLP | 6 | 0.20% |
| PANITCH SCHWARZE BELISARIO & NADEL LLP | 5 | 0.20% |
| RATNERPRESTIA | 5 | 0.20% |
| KAYE SCHOLER LLP | 4 | 0.10% |
| O'KELLY, ERNST, BIELLI & WALLEN, LLC | 4 | 0.10% |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | 4 | 0.10% |
| WARD GREENBERG HELLER & REIDY LLP | 4 | 0.10% |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | 3 | <0.1% |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 3 | <0.1% |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES | 3 | <0.1% |
| STRADLEY RONON STEVENS & YOUNG, LLP | 3 | <0.1% |
| WHITEFORD TAYLOR & PRESTON LLP | 3 | <0.1% |
| WILKS, LUKOFF & BRACEGIRDLE, LLC | 3 | <0.1% |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 2 | <0.1% |
| BERGER HARRIS, LLC | 2 | <0.1% |
| COHEN & GRESSER LLP | 2 | <0.1% |
| COOCH AND TAYLOR P.A. | 2 | <0.1% |
| COUSINS CHIPMAN & BROWN, LLP | 2 | <0.1% |
| DAVIS POLK & WARDWELL LLP | 2 | <0.1% |
| LAW OFFICE OF MARIA TUAN ROGERS | 2 | <0.1% |
| LEMERY GREISLER LLC | 2 | <0.1% |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | 2 | <0.1% |
| RAWLE & HENDERSON, LLP | 2 | <0.1% |
| RYAN SMITH & CARBINE, LTD. | 2 | <0.1% |
| WEIR & PARTNERS LLP | 2 | <0.1% |
| WILBRAHAM, LAWLER & BUBA | 2 | <0.1% |
| WILSON SONSINI GOODRICH & ROSATI | 2 | <0.1% |
| AXINN, VELTROP & HARKRIDER LLP | 1 | <0.1% |

| Name | Count | Percent |
|---|---|---|
| BIGGS AND BATTAGLIA | 1 | <0.1% |
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | 1 | <0.1% |
| BUCHANAN INGERSOLL & ROONEY PC | 1 | <0.1% |
| CROSS & SIMON, LLC | 1 | <0.1% |
| DENTONS | 1 | <0.1% |
| DILWORTH PAXSON LLP | 1 | <0.1% |
| FARNEY DANIELS, PC | 1 | <0.1% |
| FERRY, JOSEPH & PEARCE, P.A. | 1 | <0.1% |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | 1 | <0.1% |
| GELLERT SCALI BUSENKELL & BROWN, LLC | 1 | <0.1% |
| HARNESS DICKEY | 1 | <0.1% |
| K&L GATES LLP | 1 | <0.1% |
| KILPATRICK TOWNSEND & STOCKTON LLP | 1 | <0.1% |
| KLEHR HARRISON HARVEY BRANZBURG LLP | 1 | <0.1% |
| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C. | 1 | <0.1% |
| MCKENNA LONG & ALDRIDGE LLP | 1 | <0.1% |
| MENDELSON INTELLECTUAL PROPERTY LAW LLC | 1 | <0.1% |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | 1 | <0.1% |
| RIDDELL WILLIAMS P.S. | 1 | <0.1% |
| SCHWARTZ & THOMASHOWER LLP | 1 | <0.1% |
| SEYFARTH SHAW LLP | 1 | <0.1% |
| SHEARMAN & STERLING LLP | 1 | <0.1% |
| SWARTZ CAMPBELL LLC | 1 | <0.1% |
| THE DARBY LAW FIRM, LLC | 1 | <0.1% |
| THE WILLIAMS LAW FIRM PA | 1 | <0.1% |
| VENABLE LLP | 1 | <0.1% |
| VERIZON COMMUNICATIONS INC. | 1 | <0.1% |
| WHITE AND WILLIAMS LLP | 1 | <0.1% |
| WILLIAMS MULLEN | 1 | <0.1% |
| WINSTON & STRAWN LLP | 1 | <0.1% |
| LAW FIRM REPRESENTATION FULL LIST | | |

**Search Criteria:**

Court : U.S. District Courts > Delaware - Federal Courts
Date Range
1/1/2011 to 1/31/2014

| Name | Count | Percent |
|------|-------|---------|
| Litigation Refinement 1 | | |
| Dockets and Opinions | | |
| Litigation Refinement 1 Value | | |
| Docket | | |
| Litigation Refinement 2 | | |
| Practice Area | | |
| Litigation Refinement 2 Value | | |
| Intellectual Property - Patents | | |
| Litigation Refinement 3 | | |
| Legal Role | | |
| Litigation Refinement 3 Value | | |
| Defendant | | |

# EXHIBIT L

**Exhibit L**
*Markman* **Opinions Issued by the Honorable Judge Andrews**

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 1 | *Semcon Tech, LLC v. Micron Technology, Inc.* | September 9, 2014 | Jared Bobrow<br>Aaron Huang<br>WEIL GOTSHAL & MANGES<br>Redwood City, CA |
| 2 | *Pragmatus Telecom, LLC v. Volkswagen Group of America, Inc.* | September 9, 2014 | Steven F. Meyer<br>LOCKE LORD<br>New York, NY<br><br>David A. Jakopin<br>PILLSBURY WINTHROP SHAW PITTMAN<br>Palo Alto, CA |
| 3 | *Alltech Associates, Inc. v. Teledyne Instruments, Inc.* | August 25, 2014 | Alan E. Littmann<br>Brian O'Donoghue<br>Doug Winnard<br>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM<br>Chicago, IL |
| 4 | *Mitek Systems, Inc. v. TIS America Inc.,* | August 6, 2014 | Mark Ungerman<br>UNGERMAN IP<br>Washington, DC |

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 5 | *HSM Portfolio LLC v. Fujitsu Limited,* | June 17, 2014 | Jared Bobrow<br>Jason Lang<br>WEIL, GOTSHAL & MANGES<br>Silicon Valley, CA<br><br>Michael Hawes<br>BAKER BOTTS<br>Houston, TX<br><br>Jim Brogan<br>COOLEY<br>Palo Alto, CA |
| 6 | *St. Jude Medical v. Volcano Corporation* | April 22, 2014 | Frank E. Scherkenbach<br>FISH & RICHARDSON<br>Boston, MA |
| 7 | *InterDigital Communications, Inc. v. ZTE Corp.* | April 22, 2014 | Charles M. McMahon<br>BRINKS, GILSON, & LIONE<br>Chicago, IL<br><br>Patrick J. Flinn<br>John D. Haynes<br>ALSTON & BIRD<br>Atlanta, GA |
| 8 | *Select Retrieval LLC v. Amerimark Direct LLC* | March 14, 2014 | Not Readily Available |

2

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 9 | *EON Corp IP Holdings, LLC v. FLO TV Incorporated* | March 4, 2014 | **Karen Jacobs Louden**<br>**MORRIS, NICHOLS, ARSHT & TUNNELL**<br>**Wilmington, DE**<br><br>Frederick L. Whitmer<br>KILPATRICK TOWNSEND & STOCKTON<br>New York, NY<br><br>Diana M. Sangalli<br>DUANE MORRIS<br>Houston, TX<br><br>Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT<br>Palo Alto, CA |
| 10 | *Openwave Systems, Inc. v. Apple Inc.* | February 19, 2014 | Y. Ernest Hsin<br>GIBSON, DUNN & CRUTCHER<br>Palo Alto, CA<br><br>Morgan Chu<br>IRELL & MANELLA<br>Los Angeles, CA |
| 11 | *IpLearn, LLC v. Kenexa Corporation* | February 10, 2014 | Mark D. Selwyn<br>WILMER HALE<br>Palo Alto, CA<br><br>Joshua L. Raskin<br>Allan A. Kassenoff<br>Julie P. Bookbinder<br>GREENBERG TRAURIG<br>New York, NY |

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 12 | *Sprint Communications Company L.P. v. Comcast IP Holdings, I, LLC* | January 28, 2014 | Anthony I. Fenwick<br>David J. Lisson<br>Micah G. Block<br>DAVIS POLK & WARDWELL<br>Menlo Park, CA |
| 13 | *Volcano Corporation v. St. Jude Medical, Cardiovascular and Ablation Technologies Division, Inc.* | January 24, 2014 | John Allcock<br>Stuart Pollack<br>DLA PIPER LLP<br>New York, NY |
| 14 | *Inventio AG v. ThyssenKrupp Elevator Americas Corporation* | January 14, 2014 | Not Readily Available |
| 15 | *Vehicle Interface Technologies, LLC v. Ferrari North America, Inc.* | January 13, 2014 | Ed Haug<br>FROMMER LAWRENCE & HAUG<br>New York, NY<br><br>Thomas A. Lewy<br>Rebecca J. Cantor<br>BROOKS KUSHMAN<br>Detroit, MI |
| 16 | *UbiComm, LLC v. Zappos IP, Inc.* | November 13, 2013 | Abby M. Mollen<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT<br>Chicago, IL |

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 17 | *M2M Solutions LLC v. Sierra Wireless America, Inc.,* | November 12, 2013 | Brian A. Rosenthal<br>MAYER BROWN<br>Washington, DC<br><br>Michael J. Bettinger<br>K & L GATES<br>San Francisco, CA<br><br>David A. Loewenstein<br>PEARL COHEN ZEDEK LATZER<br>New York, NY |
| 18 | *Buyerleverage Email Solutions, LLC v. SBC Internet Services, Inc.,* | October 22, 2013 | Kenneth L. Bressler<br>BLANK ROME<br>New York, NY |
| 19 | *IpLearn, LLC v. Kenexa Corporation* | October 22, 2013 | Andrew B. Grossman<br>WILMER HALE<br>Los Angeles, CA<br><br>Joseph A. Loy<br>Mangesh Kulkarni<br>KIRKLAND & ELLIS<br>New York, NY<br><br>Scott J. Bornstein<br>GREENBERG TRAURIG<br>New York, NY |
| 20 | *Select Retrieval LLC v. Amerimark Direct LLC* | October 17, 2013 | Virginia Demarchi<br>Charlene M. Morrow<br>FENWICK & WEST<br>San Francisco, CA |

5

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 21 | *Comcast IP Holdings I, LLC v. Sprint Communications Company L.P.* | August 16, 2013 | Robert H. Reckers<br>SHOOK HARDY & BACON<br>Houston, TX<br><br>Peter E. Strand<br>SHOOK HARDY & BACON<br>Washington, DC |
| 22 | *Riverbed Technology, Inc. v. Silver Peak Systems, Inc.* | July 23, 2013 | Michael J. Sacksteder<br>FENWICK & WEST<br>San Francisco, CA |
| 23 | *The Medicines Company v. Teva Parenteral Medicines, Inc.* | July 11, 2013 | William F. Long<br>MCKENNA LONG & ALDRIDGE<br>Atlanta, GA |
| 24 | *Robocast, Inc. v. Microsoft Corporation* | June 28, 2013 | Kurt L. Glitzenstein<br>FISH & RICHARDSON<br>Boston, MA<br><br>Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT<br>Palo Alto, CA |
| 25 | *Power Management Solutions LLC v. Intel Corp.* | May 30, 2013 | Not Readily Available |
| 26 | *Power Management Solutions LLC v. Advanced Micro Devices, Inc.* | May 30, 2013 | Not Readily Available |
| 27 | *St. Jude Medical v. Volcano Corp.* | May 30, 2013 | Not Readily Available |

6

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 28 | *Power Management Solutions LLC v. Nvidia Corp.* | May 30, 2013 | Not Readily Available |
| 29 | *Walker Digital, LLC v. Google, Inc.,* | May 22, 2013 | Not Readily Available |
| 30 | *Microsoft Corp. v. Geotag, Inc.,* | May 3, 2013 | Grant E. Kinsel<br>PERKINS COIE<br>Los Angeles, CA<br><br>James C. Hall<br>HAYES BOSTOCK & CRONIN<br>Andover, MA |
| 31 | *Riverbed Technology, Inc. v. Silver Peak Systems, Inc.* | May 3, 2013 | Michael J. Sacksteder<br>FENWICK & WEST<br>San Francisco, CA |
| 32 | *Warner Chilcott Co., LLC v. Zydus Pharmaceuticals (USA) Inc.* | April 22, 2013 | Michael J. Gaertner<br>James T. Peterka<br>LOCKE LORD<br>Chicago, IL |
| 33 | *Lambda Optical Solutions, LLC v. Alcatel-Lucent USA Inc.* | April 11, 2013 | Not Readily Available |
| 34 | *FastVDO LLC v. DXG Technology USA, Inc.* | March 26, 2013 | Not Readily Available |
| 35 | *GlaxoSmithKline Intellectual Property Management Ltd. v. Sandoz, Inc.* | March 20, 2013 | Not Readily Available |

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 36 | *Inventio AG v. ThyssenKrupp Elevator Americas Corp.* | March 6, 2013 | Not Readily Available |
| 37 | *Carefusion 303, Inc. v. Hospira, Inc.* | February 11, 2013 | Bradford P. Lyerla<br>Aaron A. Barlow<br>JENNER & BLOCK<br>Chicago, IL |
| 38 | *Universal Innovations, LLC v. CS Industries, Inc.* | December 11, 2012 | **Kelly E. Faman**<br>**RICHARDS, LAYTON & FINGER**<br>**Wilmington, DE** |
| 39 | *Viiv Healthcare UK Ltd. v. Lupin Ltd.* | November 16, 2012 | Not Readily Available |
| 40 | *GlaxoSmithKline LLC v. Anchen Pharmaceuticals, Inc.* | November 15, 2012 | Christy G. Lea<br>KNOBBE MARTENS<br>Irvine, CA<br><br>C. Kyle Musgrove<br>HAYNES & BOONE<br>Washington, DC |

8

| No. | Case Name | Date | Defendants' Arguing Counsel |
|---|---|---|---|
| 41 | *United Video Properties, Inc. v. Amazon.com, Inc.* | June 22, 2012 | **Karen Jacobs Louden**<br>**MORRIS, NICHOLS, ARSHT & TUNNELL**<br>**Wilmington, DE**<br><br>D. Michael Underhill<br>BOIES, SCHILLER & FLEXNER<br>Washington, DC<br><br>Eric J. Maurer<br>MAURER<br>Washington, DC |
| 42 | *L-3 Communications Corp. v. Sony Corp.* | June 22, 2012 | T. Cy Walker<br>Robert L. Hails<br>KENYON & KENYON<br>Washington, DC |
| 43 | *Walker Digital, LLC v. Multi-State Lottery Ass'n* | June 7, 2012 | Not Readily Available |
| 44 | *XpertUniverse, Inc. v. Cisco Systems, Inc.* | April 20, 2012 | Not Readily Available |
| 45 | *Broadridge Financial Solutions, Inc. v. Inveshare, Inc.* | April 11, 2012 | Denis T. Sullivan<br>HISCOCK & BARCLAY<br>Syracuse, NY |
| 46 | *AVM Technologies, LLC v. Intel Corp.* | March 30, 2012 | William Lee<br>WILMER HALE<br>Boston, MA |
| 47 | *Shire LLC v. Teva Pharmaceuticals USA Inc.* | March 22, 2012 | Chad Landmon<br>AXINN VELTROP & HARKRIDER<br>Washington, DC |

9

| No. | Case Name | Date | Defendants' Arguing Counsel |
|-----|-----------|------|------------------------------|
| 48 | *Cree, Inc. v. SemiLEDs Corp.* | March 21, 2012 | G. Hopkins Guy III<br>BAKER BOTTS<br>Palo Alto, CA<br><br>Sten Jensen<br>ORRICK<br>Washington, DC |

# EXHIBIT M

# AIPLA

# Report of the Economic Survey

## 2013

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



# American Intellectual Property Law Association
Serving America's Legal and Creative Community

# REPORT OF THE
# ECONOMIC SURVEY
# 2013

RECEIVED

OCT 11 2013

GOODWIN PROCTER LLP
LIBRARY

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

DAVID A. DIVINE, CHAIR
RICHARD W. GOLDSTEIN, VICE CHAIR

July 2013



910 Clopper Road, Suite 210N
Gaithersburg, Maryland 20878
TEL: (240) 268-1262
ARI@associationresearch.com

# AIPLA LAW PRACTICE MANAGEMENT 2013 ECONOMIC SURVEY PARTICIPANTS

WE WOULD LIKE TO THANK THOSE WHO HELPED PUT TOGETHER AND REVIEW THIS YEAR'S
AIPLA ECONOMIC SURVEY:

**DAVE DIVINE:** LEE & HAYES – CHAIR OF LPM COMMITTEE

**RICHARD GOLDSTEIN:** GOLDSTEIN PATENT LAW – VICE CHAIR OF LPM COMMITTEE

**COLLEEN SCHALLER:** HOWSON & HOWSON LLP – CHAIR OF ECONOMIC SURVEY SUBCOMMITTEE

**JOHN THUERMER:** SQUIRE SANDERS – VICE CHAIR OF ECONOMIC SURVEY SUBCOMMITTEE

**ASHRAF ABDUL-MOHSEN:** ARI

**SALVATORE ANASTASI:** – BARLEY SNYDER

**RHONDA BOGART:** LEE & HAYES

**MEGHAN DONOHOE:** AIPLA

**NEIL KARDOS:** HARRITY & HARRITY LLP

**MEGAN KIRKEGAARD:** ARI

**DAVID MORELAND:** MARKS & CLERK

**DOUGLAS NEMEC:** SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**MOLLY WEISBLATT:** AIPLA

---

©2013 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA 22202-3694
(703) 415-0780
WWW.AIPLA.ORG

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All AIPLA members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2013 AIPLA Economic Survey was sent to a list of 12,605 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 11,870. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders, including notices specifically directed at collecting additional Firm responses.

A total of 1,799 individuals responded by completing some or all of the Individual questionnaire, yielding a 15.2% response rate, similar to 2011. This is the fourth time the survey has been conducted online.

The additional efforts to gather data for the Firm portion of the survey garnered 246 responses—lower than in 2011, when 287 firm representatives completed the firm questionnaire.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the 2013 Individual Survey instrument. Questions were added and wording was refined, based on comments and questions received from past surveys. A new question asking about the percentage of the total time spent by respondents in business development was added in Part III for Private Practitioners. Also in Part III, a clarifying phrase, 'If you use billable hours', was added to the question about the number of billable hours recorded in 2012. Furthermore, the question for private practitioners, that was added in 2011 to define who is primarily represented by each firm (plaintiffs, defendants or both equally), was removed from this year's survey because it was decided by the committee that the data collected in 2011 did not bring additional value to the report. For Part IV—under Patent Infringement—several options were added including: All Varieties, Pursuant to the Hatch-Waxman Act, Defending Claims of Patent Infringement by Non-Practicing Entity, and Section 337—Patent Infringement Action in the International Trade Commission. Additionally, the $1-$25 million at-risk option for estimating the total cost of litigation was divided into two new categories—$1-$10 million and $10-$25 million at risk. For historical comparisons, a combined risk category ($1-$25 million) was calculated using the averages of total costs from the newly created risk categories.

Finally, a new section about business development was also added to the 2013 Firm Survey instrument, along with a question evaluating the format in which the Report of the Economic Survey would be delivered in future surveys. This format question was also added to the end of the 2013 Individuals Survey instrument.

In the data tables in the report, a minimum of three responses was required to show composite values. **The term "ISD" is used in the tables to show insufficient data.** Different this year, table rows with one or two respondents have been omitted to protect the anonymity of respondents and tables with no valid rows have likewise been omitted. Also, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

**Quartiles:** In tables that report incomes, billing rates, typical charges, and other distributions of real numbers, responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three quarters) of the reported values and equal to or less than 25 percent (one quarter).

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point.

A median is reported when three or more values were reported by respondents. The first and third quartiles are reported when five or more values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and some graphs may not sum to exactly 100% due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2012 from your primary practice…including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2012."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (an attorney in private practice) or as a purchaser of such services (corporate counsel)."* In thinking of a typical charge, respondents were directed to assume *"a typical case with no unusual complications,"* and asked *"what did you charge (or would have charged) or what were you charged (or would have expected to be charged), in 2012, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?"* Respondents were also asked to indicate the type of fee primarily used in 2012 (i.e., fixed fee, hourly, other).

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area.  One state—Texas—had sufficiently large numbers of respondents to be reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West."  Other categories exclude those named metropolitan areas.

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 4.9% | 89 |
| New York City CMSA* | 8.4% | 151 |
| Philadelphia CMSA* | 2.9% | 53 |
| Washington, DC CMSA* | 16.5% | 296 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 5.9% | 107 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 4.2% | 75 |
| Other Southeast:  North Carolina, South Carolina, Georgia, and Florida | 3.0% | 54 |
| Chicago CMSA* | 5.4% | 97 |
| Minneapolis–St. Paul PMSA** | 4.4% | 79 |
| Other Central:  Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.3% | 293 |
| Texas | 7.3% | 132 |
| Los Angeles CMSA* | 3.2% | 57 |
| San Francisco CMSA* | 5.4% | 97 |
| Other West:  Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 12.2% | 219 |
| ***CMSA:** Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more. <br> ****PMSA:** Primary Metropolitan Statistical Area– a component of a CMSA. | | |

## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in recently.* "Total cost" was requested, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

The following table reports median litigation costs for Patent Infringement, Trademark Infringement, Trademark Opposition/Cancellation, Copyright Infringement, Trade Secret Misappropriation, Two-Party Interference, and Inter Partes Reexamination. In this year's survey, more varieties were added under the patent infringement suit. In addition, the $1-$25 million at-risk option for estimating the total cost of litigation was divided into two new categories—$1-$10 million and $10-$25 million at risk. For historical comparisons, a combined risk category ($1-$25 million) was calculated using averages of the total costs for the newly created risk categories.

Median costs for Inter Partes Reexamination have experienced the most growth compared to 2011, while median costs for other types of suits have seen ups and downs. Median litigation costs for patent infringement suits have not changed much since 2011, with the exception of cases with more than $25 million at risk inclusive, all costs, which has actually increased 10% when compared to 2011.

| MEDIAN LITIGATION COSTS | $000s | | | | |
|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 |
| **PATENT INFRINGEMENT SUIT, ALL VARIETIES** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | $350 | $350 | $350 | $350 | $350 |
| Inclusive, all costs | 650 | 600 | 650 | 650 | 700 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,000 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 3,325 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | $1,250 | $1,250 | $1,500 | $1,500 | $1,400 |
| Inclusive, all costs | 2,000 | 2,500 | 2,500 | 2,500 | 2,600 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Inclusive, all costs | 4,500 | 5,000 | 5,500 | 5,000 | 5,500 |
| | | | | | |
| **PATENT INFRINGEMENT PURSUANT TO THE HATCH-WAXMAN ACT (I.E., "ANDA LITIGATION")** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $300 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 513 |
| $1-$10 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 |
| $10-$25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 |
| $1-$25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,750 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,650 |
| More than $25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $3,250 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 6,000 |

| MEDIAN LITIGATION COSTS (CONTINUED) | | | | | $000s |
|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 |
| PATENT INFRINGEMENT SUIT, DEFENDING CLAIMS OF | | | | | |
| <mark>PATENT INFRINGEMENT BY NON-PRACTICING ENTITY</mark> | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $300 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 600 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $750 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,250 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,400 |
| <mark>$1-$25 MILLION AT RISK</mark> | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | <mark>$983</mark> |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,750 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 |
| | | | | | |
| PATENT INFRINGEMENT SUIT, SECTION 337 | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $375 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 550 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $750 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 3,000 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,250 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,400 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $3,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 5,000 |
| | | | | | |
| TRADEMARK INFRINGEMENT SUIT | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | $200 | $150 | $175 | $200 | $150 |
| Inclusive, all costs | 300 | 255 | 300 | 350 | 300 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $350 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 550 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | $400 | $350 | $400 | $425 | $450 |
| Inclusive, all costs | 700 | 650 | 700 | 775 | 800 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | $750 | $600 | $750 | $1,000 | $750 |
| Inclusive, all costs | 1,250 | 1,250 | 1,400 | 1,500 | 1,500 |
| | | | | | |
| TRADEMARK OPPOSITION/CANCELLATION | | | | | |
| End of discovery | $50 | $50 | $50 | $50 | $50 |
| Inclusive, all costs | 80 | 75 | 80 | 90 | 80 |

| MEDIAN LITIGATION COSTS (CONTINUED) | | | $000s | | |
|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 |
| **COPYRIGHT INFRINGEMENT SUIT** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | $138 | $150 | $150 | $200 | $150 |
| Inclusive, all costs | 250 | 290 | 300 | 350 | 300 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $350 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 563 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $600 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | $250 | $350 | $350 | $400 | $400 |
| Inclusive, all costs | 440 | 500 | 600 | 700 | 788 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | $550 | $550 | $750 | $ 750 | $775 |
| Inclusive, all costs | 975 | 1,000 | 1,100 | 1,375 | 1,625 |
| | | | | | |
| **TRADE SECRET MISAPPROPRIATION SUIT** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | $200 | $200 | $250 | $250 | $250 |
| Inclusive, all costs | 300 | 350 | 400 | 425 | 425 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 800 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $850 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,400 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | $500 | $500 | $600 | $700 | $750 |
| Inclusive, all costs | 1,000 | 800 | 1,000 | 1,000 | 1,150 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | $1,000 | $1,000 | $1,225 | $1,360 | $1,900 |
| Inclusive, all costs | 2,000 | 1,750 | 2,250 | 2,500 | 2,950 |
| | | | | | |
| **TWO-PARTY INTERFERENCE** | | | | | |
| End of discovery | $300 | $200 | $200 | $175 | $200 |
| Inclusive, all costs | 600 | 450 | 463 | 338 | 300 |
| | | | | | |
| **INTER PARTES REEXAMINATION** | | | | | |
| Through filing request | $20 | $15 | $25 | $35 | $50 |
| Inclusive of first patent owner response | 30 | 27 | 38 | 50 | 70 |
| Inclusive of all patent owner responses | 40 | 43 | 55 | 75 | 100 |
| Inclusive of an appeal to the board | 52 | 73 | 80 | 100 | 130 |
| Inclusive of an appeal to federal court | 95 | 150 | 188 | 200 | 250 |

# Average hourly billing rate in 2012 (Q35)

*Private Firm, Partner*

| | | Average hourly billing rate in 2012 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 435 | $469 | $350 | $425 | $570 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 3 | $263 | ISD | $240 | ISD |
| | 5-6 | 7 | $286 | $245 | $295 | $350 |
| | 7-9 | 21 | $302 | $255 | $300 | $350 |
| | 10-14 | 91 | $392 | $300 | $350 | $450 |
| | 15-24 | 178 | $481 | $360 | $448 | $583 |
| | 25-34 | 90 | $534 | $400 | $498 | $628 |
| | 35 or More | 44 | $569 | $416 | $525 | $689 |
| Location | Boston CMSA | 15 | $627 | $400 | $650 | $750 |
| | NYC CMSA | 25 | $563 | $350 | $450 | $725 |
| | Philadelphia CMSA | 18 | $460 | $349 | $463 | $500 |
| | Washington, DC CMSA | 72 | $500 | $375 | $485 | $590 |
| | Other East | 16 | $412 | $338 | $400 | $468 |
| | Metro Southeast | 16 | $369 | $326 | $355 | $400 |
| | Other Southeast | 8 | $402 | $303 | $335 | $550 |
| | Chicago CMSA | 35 | $497 | $400 | $475 | $560 |
| | Minne.-St. Paul PMSA | 27 | $413 | $330 | $390 | $500 |
| | Other Central | 83 | $376 | $300 | $355 | $440 |
| | Texas | 38 | $546 | $373 | $588 | $678 |
| | Los Angeles CMSA | 13 | $557 | $420 | $575 | $675 |
| | San Francisco CMSA | 21 | $673 | $500 | $680 | $825 |
| | Other West | 48 | $389 | $289 | $388 | $450 |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $511 | $350 | $575 | $660 |
| | Chemical | 37 | $425 | $313 | $410 | $500 |
| | Computer Hardware | 3 | $403 | ISD | $395 | ISD |
| | Computer Software | 38 | $471 | $380 | $448 | $585 |
| | Electrical | 45 | $498 | $355 | $450 | $613 |
| | Mechanical | 88 | $398 | $325 | $365 | $469 |
| | Medical/ Health Care | 15 | $423 | $336 | $395 | $470 |
| | Pharmaceutical | 15 | $528 | $375 | $550 | $630 |
| Age | Younger than 35 | 10 | $309 | $225 | $273 | $341 |
| | 35-39 | 36 | $375 | $293 | $343 | $434 |
| | 40-44 | 61 | $455 | $303 | $399 | $588 |
| | 45-49 | 92 | $447 | $350 | $400 | $508 |
| | 50-54 | 85 | $476 | $348 | $450 | $575 |
| | 55-59 | 69 | $485 | $383 | $450 | $550 |
| | 60 or Older | 82 | $543 | $400 | $500 | $653 |
| Gender | Male | 390 | $470 | $350 | $428 | $563 |
| | Female | 42 | $459 | $300 | $398 | $595 |
| Highest Non-Law Degree | Bachelor's Degree | 288 | $466 | $334 | $425 | $575 |
| | Master's Degree | 83 | $472 | $350 | $425 | $570 |
| | Doctorate Degree | 29 | $484 | $355 | $470 | $600 |
| Ethnicity | White/Caucasian | 394 | $469 | $350 | $425 | $570 |
| | Hispanic/Latino | 7 | $491 | $407 | $500 | $600 |
| | Asian/Pacific Islander | 13 | $480 | $328 | $485 | $583 |
| | Blended | 4 | $375 | $288 | $400 | $438 |
| | Other | 3 | $307 | ISD | $310 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 26 | $365 | $269 | $348 | $436 |
| | 3-5 | 60 | $387 | $301 | $358 | $444 |
| | 6-10 | 47 | $403 | $320 | $370 | $475 |
| | 11-25 | 97 | $404 | $330 | $390 | $450 |
| | 26-50 | 77 | $475 | $353 | $425 | $575 |
| | 51-100 | 60 | $564 | $451 | $523 | $700 |
| | 101-150 | 30 | $599 | $526 | $600 | $650 |
| | More than 150 | 32 | $706 | $578 | $690 | $800 |

## Average hourly billing rate in 2012 (Q35)

*Private Firm, Associate*

| | | Average hourly billing rate in 2012 | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 356 | $339 | $240 | $305 | $400 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 124 | $271 | $200 | $250 | $317 |
| | 5-6 | 70 | $330 | $249 | $310 | $394 |
| | 7-9 | 57 | $347 | $275 | $325 | $400 |
| | 10-14 | 49 | $419 | $305 | $395 | $550 |
| | 15-24 | 27 | $422 | $305 | $395 | $500 |
| | 25-34 | 11 | $539 | $390 | $526 | $725 |
| | 35 or More | 8 | $508 | $331 | $548 | $638 |
| Location | Boston CMSA | 16 | $407 | $330 | $392 | $478 |
| | NYC CMSA | 34 | $442 | $315 | $407 | $568 |
| | Philadelphia CMSA | 10 | $361 | $289 | $343 | $441 |
| | Washington, DC CMSA | 63 | $373 | $285 | $340 | $450 |
| | Other East | 22 | $278 | $234 | $255 | $301 |
| | Metro Southeast | 14 | $343 | $200 | $324 | $414 |
| | Other Southeast | 16 | $264 | $226 | $250 | $328 |
| | Chicago CMSA | 22 | $365 | $269 | $335 | $448 |
| | Minne.-St. Paul PMSA | 17 | $287 | $223 | $250 | $339 |
| | Other Central | 54 | $254 | $208 | $243 | $285 |
| | Texas | 21 | $391 | $275 | $381 | $518 |
| | Los Angeles CMSA | 13 | $389 | $255 | $395 | $503 |
| | San Francisco CMSA | 12 | $460 | $321 | $513 | $576 |
| | Other West | 42 | $274 | $199 | $250 | $346 |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $345 | $260 | $325 | $415 |
| | Chemical | 22 | $344 | $250 | $315 | $395 |
| | Computer Software | 47 | $358 | $240 | $345 | $405 |
| | Electrical | 35 | $300 | $225 | $260 | $350 |
| | Mechanical | 64 | $277 | $225 | $25D | $315 |
| | Medical/ Health Care | 15 | $325 | $225 | $300 | $395 |
| | Pharmaceutical | 13 | $387 | $320 | $370 | $488 |
| | Other areas | 3 | $478 | ISD | $550 | ISD |
| Age | Younger than 35 | 111 | $287 | $210 | $250 | $340 |
| | 35-39 | 100 | $332 | $250 | $320 | $393 |
| | 40-44 | 71 | $371 | $275 | $350 | $450 |
| | 45-49 | 28 | $357 | $261 | $333 | $440 |
| | 50-54 | 15 | $368 | $280 | $350 | $445 |
| | 55-59 | 11 | $403 | $250 | $360 | $450 |
| | 60 or Older | 18 | $474 | $303 | $513 | $603 |
| Gender | Male | 285 | $344 | $240 | $315 | $408 |
| | Female | 68 | $312 | $226 | $280 | $383 |
| Highest Non-Law Degree | Bachelor's Degree | 229 | $330 | $230 | $295 | $398 |
| | Master's Degree | 76 | $349 | $260 | $328 | $400 |
| | Doctorate Degree | 41 | $359 | $278 | $325 | $420 |
| Ethnicity | White/Caucasian | 304 | $337 | $240 | $300 | $400 |
| | Black/African American | 4 | $405 | $285 | $383 | $548 |
| | Hispanic/Latino | 5 | $378 | $297 | $350 | $473 |
| | Asian/Pacific Islander | 26 | $326 | $250 | $315 | $403 |
| | Blended | 5 | $348 | $220 | $240 | $530 |
| | Other | 3 | $313 | ISD | $325 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 12 | $223 | $176 | $200 | $265 |
| | 3-5 | 28 | $278 | $218 | $249 | $316 |
| | 6-10 | 43 | $310 | $240 | $275 | $390 |
| | 11-25 | 70 | $308 | $248 | $293 | $376 |
| | 26-50 | 79 | $334 | $225 | $325 | $400 |
| | 51-100 | 48 | $398 | $300 | $375 | $453 |
| | 101-150 | 31 | $351 | $255 | $310 | $455 |
| | More than 150 | 35 | $452 | $345 | $405 | $595 |

# APPENDIX B

# AIPLA

## AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

> **PLEASE NOTE THAT WE HAVE ALSO ATTACHED A SEPARATE SURVEY DESIGNED FOR LAW FIRMS**

January 2013

Dear AIPLA member:

The Law Practice Management Committee of AIPLA is responsible for conducting an economic survey of the membership every two years. Once again this year, you can complete the survey online. We invite you to click on the following link to complete the 2013 Economic Survey for **Individuals**:

LINK

When you first access the secure website using this link, you will be asked to provide a password of your own choosing that allows you to save your work and return to the survey as needed to complete the survey. Please save this information for your future reference.

**This link is individualized for you. Please do not share it with anyone to ensure that your responses remain confidential.**

Your input is vital to the quality and usefulness of the AIPLA's 2013 Report of the Economic Survey, and the response deadline of **February 21st** is fast approaching. On the website you will find the instructions and several options for completing and returning your confidential survey to our consultant, Association Research, Inc., either online or by fax at (240) 268-1267.

**As an added incentive to participate, we will send to all AIPLA members who respond to the survey, and fill out their contact information, a benchmarking tool that will allow you to view a summary of the survey results in electronic format.** Print out your completed questionnaire and this unique tool will allow you to enter in your personal data for comparison. You must respond to receive the benchmarking tool, so please take some time to complete and return this important survey. Foreign and non-member responses are welcome; however, only AIPLA members will receive the benchmarking tool.

**SEPARATE SURVEY DESIGNED FOR LAW FIRMS ATTACHED:** Again this year there are a series of questions which should be answered at the **Law Firm** level. As AIPLA has in the past, we request that members coordinate a single response for their entire firm. The link to the firm questionnaire can be found here in the attached memo. Please send the attachment along to the individual completing this on you firm's behalf.

On behalf of the Law Practice Management Committee, thank you for participating. If you have any questions regarding your response to the survey, please contact Association Research, Inc. at (240) 268-1262 (ext. 100) or by email at info@associationresearch.com.

Very truly yours,

*Dave Divine*

Dave Divine
Chair, Law Practice Management Committee

# AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
## AIPLA 2013 ECONOMIC SURVEY — INDIVIDUALS

Association Research, Inc. (ARI), an independent survey research organization, is conducting this confidential survey for AIPLA. **All responses will be kept completely confidential.**

All questions and concerns about the survey or online content should be directed to ARI.  Please e-mail ARI at info@associationresearch.com or call Megan Kirkegaard at 240-268-1262, ext. 100.

Please complete your questionnaire no later than **February 21, 2013,** either online or by fax to 240-268-1267.

---

### PART I. GENERAL QUESTIONS FOR ALL RESPONDENTS

1.  **What is the ZIP code of your office location or primary work site?**  (zip code) ___ ___ ___ ___ ___

2.  **What is your primary practice?** (CHECK THE ONE CATEGORY THAT BEST DESCRIBES YOUR PRACTICE.)

    **PRIVATE FIRM**
    - [ ] Solo Practitioner
    - [ ] Equity Partner, Shareholder (or equivalent)
    - [ ] Associate, Non-equity Partner (or equivalent)
    - [ ] Patent Agent
    - [ ] Of Counsel (or equivalent)

    **CORPORATE IP DEPARTMENT**
    - [ ] Head of IP Department (for entire corporation or a division)
    - [ ] Attorney
    - [ ] Patent Agent

    **CORPORATE LEGAL DEPARTMENT**
    - [ ] Head of Legal Department (for entire corporation or a division)
    - [ ] Attorney
    - [ ] Patent Agent

    **GOVERNMENT**
    - [ ] PTO Examiner (up to and including SPE)
    - [ ] PTO Administration, Management, Solicitor's Office
    - [ ] Government IP Office, other than PTO

    **OTHER**
    - [ ] Other; please describe_____

3.  **What percent of your time was devoted to IP practice during 2012?**
    - [ ] Less than 50%   - [ ] 50% - 79%   - [ ] 80% or more

4.  **Are you admitted to the Patent Bar?**
    - [ ] Yes   - [ ] No

5.  **Did you change employment in 2012?** (CHECK ONLY ONE)
    - [ ] No
    - [ ] Yes, moved from a private firm to a private firm.
    - [ ] Yes, moved from a private firm to a corporation, university or Government IP office.
    - [ ] Yes, moved from a corporation, university or Government IP office to a different corporation, university or Government IP office.
    - [ ] Yes, moved from a corporation, university or Government IP office to a private firm.
    - [ ] Other (SPECIFY) _____

6.  **Did your current employer have a change in status in the past year due to a merger, joint venture or other change in corporate structure?**   - [ ] Yes   - [ ] No

7.  **In what year were you born?** 19 ___ ___

8.  **What is your gender?**   - [ ] Male   - [ ] Female

| 40. OTHER US PATENTS AND COPYRIGHTS | Fixed Fee | Hourly | Other | Charged in 2012 |
|---|---|---|---|---|
| a.    US design patent application (Preparation and Filing) | ☐ | ☐ | ☐ | $ |
| b.    US plant patent application (Preparation and Filing) | ☐ | ☐ | ☐ | $ |
| c.    Copyright registration application (Preparation and Filing) | ☐ | ☐ | ☐ | $ |

## LITIGATION AND RELATED MATTERS

THESE QUESTIONS SHOULD BE ANSWERED BY BOTH CORPORATE AND PRIVATE PRACTITIONERS.

RESPOND TO EACH OF THE FOLLOWING QUESTIONS ONLY IF YOU HAVE PERSONAL KNOWLEDGE EITHER AS A SERVICE PROVIDER (ATTORNEY IN PRIVATE PRACTICE) OR AS A PURCHASER OF SUCH SERVICES (CORPORATE COUNSEL) OF THE COSTS INCURRED WITHIN THE RELATIVELY RECENT PAST, FOR THE TYPE OF WORK TO WHICH THE QUESTION PERTAINS. IN EACH OF THE QUESTIONS, "TOTAL COST" IS ALL COSTS, INCLUDING OUTSIDE LEGAL AND PARALEGAL SERVICES, LOCAL COUNSEL, ASSOCIATES, PARALEGALS, TRAVEL AND LIVING EXPENSES, FEES AND COSTS FOR COURT REPORTERS, PHOTOCDPIES, COURIER SERVICES, EXHIBIT PREPARATION, ANALYTICAL TESTING, EXPERT WITNESSES, TRANSLATORS, SURVEYS, JURY ADVISORS, AND SIMILAR EXPENSES. PLEASE ESTIMATE THESE BASED ON A SINGLE IP ASSET (I.E., ONE PATENT AT ISSUE, ONE TRADEMARK, ETC.).

41.    **What is your estimate of the total cost of patent infringement suits of the following varieties (i) through the end of discovery, and (ii) inclusive of discovery, motions, pretrial, trial, post-trial, and appeal?** *For purposes of this question, "at risk" refers to the financial impact of an adverse judgment. Q. 41D refers to the financial impact of an adverse judgment from imported goods, etc.*

| A. LITIGATION—PATENT INFRINGEMENT, ALL VARIETIES | |
|---|---|
| **Less than $1 million at risk** | |
| a. End of Discovery | $ |
| b. Inclusive, all costs | $ |
| **$1-$10 million at risk** | |
| c. End of Discovery | $ |
| d. Inclusive, all costs | $ |
| **$10-$25 million at risk** | |
| e. End of Discovery | $ |
| f. Inclusive, all costs | $ |
| **More than $25 million at risk** | |
| g. End of Discovery | $ |
| h. Inclusive, all costs | $ |

| B. LITIGATION—PATENT INFRINGEMENT PURSUANT TO THE HATCH-WAXMAN ACT (i.e., "ANDA LITIGATION") | |
|---|---|
| **Less than $1 million at risk** | |
| a. End of Discovery | $ |
| b. Inclusive, all costs | $ |
| **$1-$10 million at risk** | |
| c. End of Discovery | $ |
| d. Inclusive, all costs | $ |
| **$10-$25 million at risk** | |
| e. End of Discovery | $ |
| f. Inclusive, all costs | $ |
| **More than $25 million at risk** | |
| g. End of Discovery | $ |
| h. Inclusive, all costs | $ |

7