# EXHIBIT N

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT O

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT P

REDACTED

IN ITS

ENTIRETY

# EXHIBIT Q

# REDACTED IN ITS ENTIRETY

# EXHIBIT R

# Statistics

DAVID FREEDMAN
ROBERT PISANI
ROGER PURVES

UNIVERSITY OF CALIFORNIA · BERKELEY



W · W · NORTON & COMPANY

NEW YORK · LONDON

Copyright © 1978 by David Freedman, Robert Pisani, and Roger Purves. *All rights reserved.*
Printed in the United States of America.

*Cartoons by Dana Fradon*

Published simultaneously in Canada by
Penguin Books Canada Ltd,
2801 John Street, Markham, Ontario L3R 1B4.

W. W. Norton & Company, Inc. 500 Fifth Avenue, New York, N.Y. 10110
W. W. Norton & Company Ltd. 37 Great Russell Street, London WC1B 3NU

Library of Congress Cataloging in Publication Data
Freedman, David, 1938–
  Statistics.
  Includes index.
  1. Mathematical statistics.   I. Pisani, Robert,
joint author.   II. Purves, Roger, joint author.
III. Title.
QA276.F683     519.5     77–29265

  34567890

ISBN 0-393-09076-0

Copyright © 1980, 1977, 1975, 1974 by W. W. Norton & Company, Inc.
Printed in the United States of America.

ALL RIGHTS RESERVED

To Jerzy Neyman

*Solution.*

$$\text{average} = \frac{0 + 5 - 8 + 7 - 3}{5} = 0.2$$

$$\text{average neglecting signs} = \frac{0 + 5 + 8 + 7 + 3}{5} = 4.6$$

$$\text{r.m.s. size} = \sqrt{\frac{0^2 + 5^2 + (-8)^2 + 7^2 + (-3)^2}{5}}$$

$$= \sqrt{29.4} = 5.4$$

The r.m.s. size is a little bigger than the average neglecting signs. It always turns out like that, except in the trivial case when all the entries are of the same size. The root and the square do not cancel each other out, due to the intervening operation of taking the mean.

There doesn't seem to be much to choose between the 5.4 and the 4.6 as a measure of the overall size for the list in the example. And there isn't. Then why do statisticians use the r.m.s. operation? The reason is that it fits in much better with the algebra that they have to do.* Whether this explanation is appealing or not, don't worry. Nobody likes the r.m.s. at first, but everyone gets used to it very quickly.

EXERCISE SET C

1. (a) Calculate the average and the r.m.s. size of the numbers on the list
      1, -3, 5, -6, 3.
   (b) Do the same for the list -11, 8, -9, -3, 15.

2. Guess whether the r.m.s. size of each of the following lists of numbers is closest to 1, or 10, or 20. No arithmetic is required.
      (a) 1, 5, -7, 8, -10, 9, -6, 5, 12, -17.
      (b) 22, -18, -33, 7, 31, -12, 1, 24, -6, -16.
      (c) 1, 2, 0, 0, -1, 0, 0, -3, 0, 1.

3. For which of the following three lists is the r.m.s. size the smallest? the largest? No arithmetic is required.
      (i)   -6, -3, -1, 0, 5, 5.
      (ii)  -3, -2, 0, 1, 1, 3.
      (iii) -4, -4, 0, 2, 3, 3.

4. (a) Find the r.m.s. size of the numbers on the list 7, 7, 7, 7.
   (b) Repeat, for the list 7, -7, 7, -7.

5. Each of the numbers 103, 96, 101, 104 is almost 100 but is off by a certain amount. Find the r.m.s. size of the amounts off.

6. The list 103, 96, 101, 104 has an average. Find it. Each number in the list is off the average by some amount. Find the r.m.s. size of the amounts off.

7. A computer is programmed to predict test scores, compare them with actual scores, and find the r.m.s. size of the prediction errors. Glancing at the print-

out, you see the r.m.s. size of the prediction errors is 3.6, and the following results for the first ten students:

predicted score: 90 90 87 80 42 70 67 60 83 94
actual score:    88 70 81 85 63 77 66 49 71 69

Is anything wrong?

*The answers to these exercises are on p. A-29.*

## 5. THE STANDARD DEVIATION

As the quote at the beginning of the chapter suggests, it is often very helpful to think of the way a list of numbers spreads out around its average. This spread is usually measured by a quantity called the *standard deviation*, abbreviated to SD. This quantity may be unfamiliar, but, as the name indicates, it says something about the size of the deviations of the individuals from their average. It is a sort of average deviation. The program is first to see how to interpret the SD in the context of real data, and second to see how to calculate the SD in the context of hypothetical data where the arithmetic is easy to do.

There were 1,747 pill users aged 25 to 34 in the Contraceptive Drug Study (see pp. 38–40). Their average blood pressure was nearly 121 mm., with an SD of about 12.5 mm. These two quantities summarize quite a lot of the information that would be contained in a full list of all 1,747 blood pressures. The fact that the average was 121 mm. tells us that most of the blood pressures were somewhere around 121 mm. But there were deviations from the average. Some of the blood pressures were higher than average, some lower. How big were these deviations? That is where the SD comes in.

> The SD says how far away numbers on a list are from their average. Most entries on the list will be somewhere around one SD away from the average. Very few will be more than two or three SDs away.

The SD of 12.5 mm. indicates that many of the women had blood pressures which deviated from the average by 5, 10, 15, or 20 mm.—5 mm. is less than half an SD, and 20 mm. is between one and two SDs. Few of the women had blood pressures deviating from the average by more than 25 mm. (= two SDs). To be more quantitative: 68% of the users aged 25 to 34 had blood pressure deviating from the average by one SD or less, and 95% had blood pressures deviating from the average by two SDs or less. There was only one user in 1,747 whose blood pressure deviated from the average by more than five SDs. The histogram of blood pressures is shown in Figure 8 (next page). The average is marked by a vertical line, and the region within one SD of the average is shaded.

Case 1:11-cv-01175-RGA   Document 183-3   Filed 10/07/14   Page 13 of 23 PageID #: 4137

Figure 8. The SD. This histogram is for the blood pressures of the 1,747 users, aged 25 to 34, in the Contraceptive Drug Study. The average of 121 mm. is marked with a dashed vertical line. The region within one SD (= 12.5 mm.) of the average is shaded: 68% of the women differed from the average with respect to blood pressure by less than one SD.



The next example is on the 3,581 women in the Health Examination Survey discussed in section 2 above (pp. 49–51). Their average height was 63 inches, with an SD of 2.5 inches. Figure 9 shows the histogram of heights; the average and the region within one SD of the average are marked as before. With respect to height, 68% of these women differed from the average by less than one SD, and 95% differed from the average by less than two SDs. No woman differed from the average by more than five SDs.

Figure 9. The SD. This histogram is for the heights of the 3,581 women in the Health Examination Survey. The average of 63 inches is marked with a dashed vertical line. The region within one SD (= 2.5 inches) of the average is shaded; 68% of the women differed from the average with respect to height by less than one SD.

For Figure 8, the basic data is a list of all 1,747 blood pressures. This list has an average of 121 mm. and an SD of 12.5 mm.; 68% of the entries on the list are within one SD of the average, and 95% are within two SDs. For Figure 9, the basic data is a list of all 3,581 heights. This list has an average of 63 inches, and an SD of 2.5 inches. Again, 68% of the entries are within one SD of the average, and 95% are within two SDs.[9] For many sets of data, it comes out the same way.[10]

> Roughly 68% of the entries on a list (two in three) are within one SD of the average, the other 32% are further away. Roughly 95% (19 in 20) are within two SDs of the average, the other 5% are further away. This is so for many lists, but not all.

<──────── 68% ────────>
Ave.– one SD   Ave.   Ave.+ one SD

<─────────── 95% ───────────>
Ave.– two SDs        Ave.        Ave.+ two SDs

The qualification "roughly" must be kept in mind. For instance, 73% of the women in the Health Examination Survey differed from the average by one SD or less with respect to weight.

Where do the figures of 68% and 95% come from? That will be seen in the next chapter.

About two in three of the Public Health Service women differ from the average by less than one SD, with respect to height.



Case 1:11-cv-01175-RGA    Document 183-3    Filed 10/07/14    Page 14 of 23 PageID #: 4138

## EXERCISE SET D

1. In another Public Health Service study (Cycle II, on children aged 6 to 11), it was found that for boys aged 11 the average height was about 146 cm., with an SD of about 7 cm. Just roughly, what percentage of boys aged 11 in the study had heights between 139 cm. and 153 cm.? Between 132 and 160 cm.?

2. Each of the following lists has an average of 50. For which one is the spread of the numbers around the average the greatest? the least?
   (i)   0, 20, 40, 50, 60, 80, 100.
   (ii)  0, 48, 49, 50, 51, 52, 100.
   (iii) 0, 1, 2, 50, 98, 99, 100.

3. Each of the following lists has an average of 50. For which one is the spread of the numbers around the average the greatest? the least?
   (i)   47, 49, 50, 51, 53.
   (ii)  46, 48, 50, 52, 54.
   (iii) 46, 49, 50, 51, 54.

4. Each of the following lists has an average of 50. For each one, guess whether the SD is around 1, around 2, or around 10. This does not require any calculations. The SD says how far off the average the entries are, on the whole. So just ask yourself whether the amounts off are on the whole more like 1, or 2, or 10 in size.
   (a) 49, 51, 49, 51, 49, 51, 49, 51, 49, 51.
   (b) 48, 52, 48, 52, 48, 52, 48, 52, 48, 52.
   (c) 48, 51, 49, 52, 47, 52, 46, 51, 53, 51.
   (d) 54, 49, 46, 49, 51, 53, 50, 50, 49, 49.
   (e) 60, 36, 31, 50, 48, 50, 54, 56, 62, 53.

5. The SD of the ages of the people in the Health Examination Survey is closest to:
   5 years    15 years    25 years    10 inches    20 pounds.
   Explain. (This survey was discussed on p. 49 above.)

6. "Educational level" means the number of years of schooling completed. The SD for the educational level of the people in the Health Examination Survey is closest to:
   1 year    4 years    9 years    3 pounds    6 mm.
   Explain.

7. Below are rough sketches of the histograms for three lists. Match the sketch with the description. Some descriptions will be left over. Give your reasoning in each case.
   (i)   ave = 3.5, SD = 1.        (iv)  ave = 2.5, SD = 1.
   (ii)  ave = 3.5, SD = 0.5.     (v)   ave = 2.5, SD = 0.5.
   (iii) ave = 3.5, SD = 2.       (vi)  ave = 4.5, SD = 0.5.

8. Make up a list of ten numbers so that the SD is as large as possible and
   (a) every number is either 1 or 5.
   (b) every number is either 1 or 9.
   (c) every number is either 1 or 5 or 9, and at least two of them are 5.
   This exercise does not require any arithmetic.

9. Repeat Exercise 8, this time making the SD as small as possible.

*The answers to these exercises are on pp. A-29–A-30.*

## 6. COMPUTING THE STANDARD DEVIATION

To find the standard deviation of a list, take the entries one at a time. Each deviates from the average by some amount (perhaps 0):

$$\text{deviation from average} = \text{entry} - \text{average}.$$

The SD is just the r.m.s. size of the deviations from the average. As a formula,

$$\boxed{\text{SD} = \sqrt{\text{average of (deviations from average)}^2}}$$

*Example.* Find the SD of the list 20, 10, 15, 15.

*Solution.* The first step is to find the average:

$$\text{average} = \frac{20 + 10 + 15 + 15}{4} = 15.$$

The second step is to find the deviations from the average by subtracting the average from each entry. These deviations are

$$5 \quad -5 \quad 0 \quad 0.$$

The last step is to take the r.m.s. size of the deviations:

$$\text{SD} = \sqrt{\frac{5^2 + (-5)^2 + 0^2 + 0^2}{4}}$$

$$= \sqrt{\frac{25 + 25 + 0 + 0}{4}}$$

$$= \sqrt{\frac{50}{4}} = \sqrt{12.5} \approx 3.5$$

This completes the calculation.

Do not confuse the r.m.s. size of a list, which measures the size of the numbers on the list, with the SD, which measures the size of the deviations from the average. The SD is the r.m.s., not of the numbers on the original list, but of their deviations from the average.

The SD comes out in the same units as the numbers which enter the calculation. For example, if the units are inches, as for the heights of the women in the Health Examination Survey, the SD of these heights will be in inches. The intermediate squaring step in the calculation alters the units to

inches squared, but the final step of taking the square root returns the units to the original inches.[11]

## EXERCISE SET E

1. Guess which of the following two lists has the larger SD. Check your guess by calculating the SD for both lists.
   (i)  9, 9, 10, 10, 10, 12.
   (ii) 7, 8, 10, 11, 11, 13.

2. Someone is telling you how to calculate the SD of the list 1, 2, 3, 4, 5.
   "The average is 3, so the deviations from average are

   $$-2 \quad -1 \quad 0 \quad 1 \quad 2.$$

   Dropping the signs, the average deviation is

   $$\frac{2 + 1 + 0 + 1 + 2}{5} = 1.2$$

   And that's the SD."
   What do you think of this method?

3. Someone is telling you how to calculate the SD of the list 1, 2, 3, 4, 5.
   "The average is 3, so the deviations from average are

   $$-2 \quad -1 \quad 0 \quad 1 \quad 2.$$

   The 0 doesn't count, so the r.m.s. deviation is

   $$\sqrt{\frac{4 + 1 + 1 + 4}{4}} = 1.6$$

   And that's the SD."
   What do you think of this method?

4. (a) For each list below, work out the average, all the deviations from average, and the SD.
      (i)  1, 3, 4, 5, 7.
      (ii) 6, 8, 9, 10, 12.
   (b) How is list (ii) related to list (i)? How does this relationship carry over to the average? the deviations from average? the SD?

5. Repeat Exercise 4 for the following two lists:
   (i)  1, 3, 4, 5, 7.
   (ii) 3, 9, 12, 15, 21.

6. Repeat Exercise 4 for the following two lists:
   (i)  5, -4, 3, -1, 7.
   (ii) -5, 4, -3, 1, -7.

7. (a) In 1975, Governor Brown of California proposed that all state employees be given a flat raise of $70 a month. What would this do to the average monthly salary of state employees? to the SD?
   (b) What would a 5% increase in the salaries, across the board, do to the average monthly salary? to the SD?

8. What is the r.m.s. size of the list 17, 17, 17, 17, 17? the SD?

9. For the list 107, 98, 93, 101, 104, which is smaller—the r.m.s. size or the SD? No calculations are necessary.

10. Can the SD ever be negative?

---

11. For a list of positive numbers, can the SD ever be larger than the average?

12. A list has ten numbers. Each number is either 1 or 2 or 3.
    (a) The average is 2 and the SD is 0. What is the list?
    (b) The SD is 1. What is the list?
    (c) Can the SD be bigger than 1?

13. An instructor gives a quiz with a total of 20 points. The grading policy is such that the scores are necessarily multiples of 5. He gets the following distribution:

    | Score | Percent |
    |-------|---------|
    | 20    | 40      |
    | 15    | 30      |
    | 10    | 20      |
    | 5     | 10      |

    (a) Suppose there are 10 people in the class. Can you work out the average and SD for the scores?
    (b) Suppose there are 20 people in the class. Can you work out the average and SD for the scores?
    (c) Suppose you don't know how many people there are in the class. Can you work out the average and SD for the scores?

14. The men in the Health Examination Survey had an average height of 68 inches with an SD of 3 inches. Tomorrow, one of these men will be chosen at random, you have to guess his height. What should you guess? Should you expect to be off by around ½ inch, 1 inch, or 3 inches?

15. As in Exercise 14, but tomorrow a whole series of men will be chosen at random. After each man appears, his actual height will be compared with your guess to see how far off you were. The r.m.s. size of the amounts off should be _____ .

*The answers to these exercises are on p. A-30.*

*Technical note:* There is an alternative way to compute the SD, which is more efficient in some cases (for instance, it is often used in computer programs):[12]

$$SD = \sqrt{\text{average of (entries)}^2 - (\text{average of entries})^2}.$$

## 7. USING A STATISTICAL CALCULATOR

You have been asked to guess the SD for a few lists and to calculate it for some others in order to get a clear idea of what is involved. But nowadays, an investigator seldom has to do this kind of arithmetic. Large data sets are dealt with by electronic computers, and small ones are easily done on a desk calculator. It is a matter of feeding the list into the machine and then pushing a button.[13]

Most statistical calculators produce not SD, but the slightly larger number SD+. (The distinction between SD and SD+ will be explained in more detail in Part VII.) To find out what your machine is doing, put in the list -1, 1: if the machine gives you 1, it's working out the SD; if it gives you 1.41 . . . , it's working out the SD+. If your machine is giving you the

# EXHIBIT S

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT T

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT U

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT V

# REDACTED IN ITS ENTIRETY